AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN **DISTRICT OF** NEW YORK

Commodity Futures Trading Comm'n

v.

Amaranth Advisors L.L.C. et al

**APPEARANCE**

Case Number: 07-CV-6682

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Commodity Futures Trading Commission.

I certify that I am admitted to practice in this court.

August 9, 2007
Date

*[signature]*
Signature

Manal Sultan | MS 8068
Print Name | Bar Number

140 Broadway, 19th FL
Address

New York, | NY | 10005
City | State | Zip Code

(646) 746-9761 | (646) 746-9940
Phone Number | Fax Number