David E. Mollón (DM-5624)
Steven M. Schwartz (SS-4216)
Melissa O'Boyle (MO-9845)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
(212) 294-6700

*Attorneys for Defendants Amaranth Advisors L.L.C. and
Amaranth Advisors (Calgary) ULC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

|  |  |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | : |
| Plaintiff, | :    07 Civ. 6682 (DC) |
| v. | : |
| AMARANTH ADVISORS L.L.C., AMARANTH ADVISORS (CALGARY) ULC and BRIAN HUNTER, | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### NOTICE OF MOTION OF DEFENDANTS AMARANTH ADVISORS L.L.C. AND AMARANTH ADVISORS (CALGARY) ULC FOR A PRELIMINARY INJUNCTION AGAINST THE FEDERAL ENERGY REGULATORY COMMISSION

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law and exhibits thereto, and upon the accompanying affidavit of Nicholas Maounis, and upon the record of a conference held before the Court on August 16, 2007, and upon all prior pleadings and proceedings herein, Defendants Amaranth Advisors L.L.C. and Amaranth Advisors (Calgary) ULC (together "Amaranth Advisors"), by and through their undersigned counsel, will respectfully move this Court, before the Honorable Denny Chin, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York,

New York, Courtroom 11A at 11:30 a.m. (a) for an order staying the Federal Energy Regulatory Commission ("FERC") from prosecuting an administrative proceeding against Amaranth Advisors until this action has been concluded; and (b) granting such other relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the schedule set by the Court, papers in opposition to this motion shall be filed and served so as to be received by the undersigned counsel on or before September 7, 2007 and reply papers shall be filed and served so as to be received by plaintiff and the FERC on or before September 12, 2007.

Dated: New York, New York
      August 16, 2007

      Respectfully submitted,

      **WINSTON & STRAWN LLP**

      By: /s/ David E. Mollón
         David E. Mollón (DM-5624)
         Steven M. Schwartz (SS-4216)
         Melissa O'Boyle (MO-9845)

      200 Park Avenue
      New York, New York 10166
      (212) 294-6700

      *Attorneys for Defendants Amaranth*
      *Advisors L.L.C. and Amaranth Advisors*
      *(Calgary) ULC*