David E. Mollón (DM-5624)
Steven M. Schwartz (SS-4216)
Melissa E. O'Boyle (MO-9845)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
(212) 294-6700

*Attorneys for Defendants Amaranth Advisors L.L.C.
and Amaranth Advisors (Calgary) ULC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| **U.S. COMMODITY FUTURES TRADING COMMISSION,** : | |
| **Plaintiff,** : | |
| : | **07 Civ. 6682 (DC)** |
| v. : | |
| **AMARANTH ADVISORS L.L.C.,** | |
| **AMARANTH ADVISORS (CALGARY) ULC** : | |
| **and BRIAN HUNTER,** | |
| : | |
| **Defendants.** : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT AMARANTH ADVISORS L.L.C.**

Defendant Amaranth Advisors L.L.C. ("Amaranth") submits this corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1, and states that it is a Delaware limited liability company with its principal place of business in Connecticut. Amaranth Management Limited Partnership owns approximately 78% of Amaranth. No publicly held corporation owns a 10% or greater interest in Amaranth.

Dated: New York, New York
      August 16, 2007

>Respectfully submitted,
>
>**WINSTON & STRAWN LLP**
>
>By: /s/ David E. Mollón
>    David E. Mollón (DM-5624)
>    Steven M. Schwartz (SS-4216)
>    Melissa O'Boyle (MO-9845)
>
>200 Park Avenue
>New York, New York 10166
>(212) 294-6700
>
>*Attorneys for Defendant Amaranth*
>*Advisors L.L.C. and Amaranth Advisors*
>*(Calgary) ULC*

NY:1128902.1