David E. Mollón (DM-5624)
Steven M. Schwartz (SS-4216)
Melissa E. O'Boyle (MO-9845)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
(212) 294-6700

*Attorneys for Defendants Amaranth Advisors L.L.C.*
*and Amaranth Advisors (Calgary) ULC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                                      :
**U.S. COMMODITY FUTURES TRADING**
**COMMISSION,**                                       :
                          **Plaintiff,**
                                                      :    **07 Civ. 6682 (DC)**
                  **v.**
                                                      :
**AMARANTH ADVISORS L.L.C.,**
**AMARANTH ADVISORS (CALGARY) ULC**                   :
**and BRIAN HUNTER,**
                                                      :
                      **Defendants.**
                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT AMARANTH ADVISORS (CALGARY) ULC**

Defendant Amaranth Advisors (Calgary) ULC ("Amaranth Calgary") submits this corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1, and states that it is a Nova Scotia unlimited liability corporation with its principal place of business in Calgary.  Amaranth Calgary is a wholly owned subsidiary of Amaranth Advisors (Luxembourg) S.a.r.l.  No publicly held corporation owns a 10% or greater interest in Amaranth Calgary.

Dated: New York, New York
      August 16, 2007

Respectfully submitted,

**WINSTON & STRAWN LLP**

By: /s/ David E. Mollón
    David E. Mollón (DM-5624)
    Steven M. Schwartz (SS-4216)
    Melissa O'Boyle (MO-9845)

200 Park Avenue
New York, New York 10166
(212) 294-6700

*Attorneys for Defendant Amaranth*
*Advisors L.L.C. and Amaranth Advisors*
*(Calgary) ULC*

NY:1128903.1