UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

U.S. COMMODITY FUTURES TRADING
COMMISSION,

               Plaintiff,

                         07 Civ. 6682 (DC)

             v.

AMARANTH ADVISORS L.L.C., AMARANTH    **CERTIFICATE OF SERVICE**
ADVISORS (CALGARY) ULC and BRIAN
HUNTER,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     I, APRIL JENKINS, hereby certify under penalty of perjury that on August 14, 2007 I caused to be served **Memorandum of Law in Support of the Motion of Defendants Amaranth Advisors L.L.C. and Amaranth Advisors (Calgary) ULC for a Preliminary Injunction Against the Federal Energy Regulatory Commission, dated August 13, 2007, and Declaration of Nicholas Maounis in Support of Defendants' Motion for a Preliminary Injunction, dated August 13, 2007** upon the following by the means indicated:

    **By E-mail and Hand Delivery**
    David W. MacGregor, Esq.
    Commodity Futures Trading Commission
    140 Broadway
    19th Floor
    New York, NY 10005

    **By E-mail and Overnight Delivery**
    Robert Pease, Esq.
    Federal Energy Regulatory Commission
    Office of Enforcement
    Division of Investigations
    888 First Street, NE
    Washington, DC 20426

**By E-mail and Overnight Delivery**
Michael S. Kim, Esq.
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022


Dated: New York, New York
August 16, 2007

                                                                         APRIL JENKINS

NY:1130283.1