P. Todd Mullins
Leslie B. Bellas
Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC  20426
(202) 502-8594

Attorneys for Third Party Federal Energy Regulatory Commission

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **U.S. COMMODITY FUTURES TRADING COMMISSION,** :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>**AMARANTH ADVISORS L.L.C.**<br>**AMARANTH ADVISORS (CALGARY) ULC**<br>**And BRIAN HUNTER** :<br>:<br>Defendants. :<br>: | 07-cv-6682 (DC)<br><br>**CERTIFICATE OF SERVICE** |

      I, Leslie Bellas, hereby certify under penalty of perjury that on September 5, 2007, I caused to be served the Federal Energy Regulatory Commission's Unopposed Motion to Exceed Page Limit, dated September 5, 2007, upon the following persons by e-mail and overnight delivery to:

    Manal Sultan
    Stephen Obie
    Commodity Futures Trading Commission(NYC)
    140 Broadway, 19th Floor
    New York, NY 10005


    David Emilio Mollon
    Winston & Strawn LLP (NY)
    200 Park Avenue
    New York, NY 10166

Michael S. Kim
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022

DATED: September 5, 2007

                                        _____/s/ Leslie Bellas_____
                                        LESLIE B. BELLAS