# WINSTON & STRAWN LLP

| 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 | 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543 |
|---|---|---|
| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND | (212) 294-6700 | 21 AVENUE VICTOR HUGO<br>75116 PARIS, FRANCE |
| BUCKLERSBURY HOUSE<br>3 QUEEN VICTORIA STREET<br>LONDON, EC4N 8NH | FACSIMILE (212) 294-4700<br>www.winston.com | 101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894<br>1700 K STREET, N W<br>WASHINGTON, D C 20006-3817 |

STEVEN M. SCHWARTZ
(212) 294-6761
sschwartz@winston.com

**MEMO ENDORSED**

September 6, 2007

**BY FACSIMILE**

The Honorable Denny Chin
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1020
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/2007
```

Re:  Commodity Futures Trading Commission v. Amaranth Advisors L.L.C., et al., 07 Civ. 6682

Dear Judge Chin:

Counsel for Amaranth Advisors L.L.C. and Amaranth Advisors (Calgary) ULC (collectively, "Amaranth") jointly with counsel from the Federal Energy Regulatory Commission ("FERC") and the Commodity Futures Trading Commission ("CFTC") write to confirm the details of our recent telephone conversations with your law clerk.

The parties jointly respectfully request a two week extension of the briefing schedule on Amaranth's motion to stay the FERC's enforcement action pending the resolution of the CFTC's enforcement action. The parties agreed to amend the current briefing schedule and to proceed as follows:

- The Agencies' Response Briefs:   Due September 21, 2007
- Amaranth's Reply Brief:   Due September 26, 2007
- Hearing:   September 28, 2007

Based on my discussion with your law clerk, the hearing date is tentative and will be confirmed along with a time tomorrow.

*[Handwritten: Hearing: 10/5/07 at 2:30 pm]*

*[Handwritten: So Ordered. [signature] USDJ 9/11/07]*

**WINSTON & STRAWN** LLP

The Honorable Denny Chin
September 6, 2007
Page 2

      We thank the Court for its attention to this matter.

                              Respectfully submitted,

                              Steven M. Schwartz

cc:   P. Todd Mullins, Esq.
       Counsel of Record for FERC

       Steven Obie, Esq.
       David MacGregor, Esq.
       Counsel of Record for CFTC

NY:1133880.1