UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. COMMODITY FUTURES TRADING        )        **07 CV 6682 (DC)**
COMMISSION,                           )
                                      )
                Plaintiff,            )        **PLAINTIFF'S MOTION TO**
                                      )        **ADMIT PATRICK TODD MULLINS**
         v.                           )        ***PRO HAC VICE***
                                      )
AMARANTH ADVISORS L.L.C., et al.,     )
                                      )
                                      )
                Defendants.           )

        Stephen J. Obie, an Associate Director with the Division of Enforcement, U.S.

Commodity Futures Trading Commission (the "Plaintiff"), Eastern Regional Office, 140

Broadway, New York, New York, 10005, and who is a member of the Bar of this Court, moves

this Court, pursuant to Fed. R. Civ. P. 7 and Local Rule 1.3(c), for an order admitting Patrick

Todd Mullins *pro hac vice* to appear on behalf of the Federal Energy Regulatory Commission in

this matter.

                Patrick Todd Mullins
                Federal Energy Regulatory Commission
                888 First Street, N.E.
                Washington, DC 20426
                Tel (202) 502-8594
                Fax (202) 208-0057

        In support hereof, the Plaintiff states that Mr. Mullins shall be involved in all aspects of

this case pertaining to the Federal Energy Regulatory Commission. Mr. Mullins is the Chief of

Investigations Branch 4 with the Federal Energy Regulatory Commission's Office of

Enforcement, and is a member in good standing of the Bar of the State of Maryland. *See* the accompanying Declaration of Stephen J. Obie in support of this motion.

Mr. Mullins is not currently suspended or disbarred in any court.    Mr. Mullins requests immediate permission to practice before the District Court for the Southern District of New York on behalf of the Federal Energy Regulatory Commission in this matter.

Respectfully submitted,

Dated: September 6, 2007

Stephen J. Obie
SDNY Bar # 5502
Division of Enforcement
U.S. Commodity Futures Trading
    Commission
140 Broadway
New York, NY 10005
(646) 746-9766
(646) 746-9940 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | **07 CV 6682 (DC)** |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| AMARANTH ADVISORS L.L.C., et al., | ) ) ) | |
| Defendants. | ) | |

## DECLARATION OF STEPHEN J. OBIE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Stephen J. Obie, do hereby declare as follows:

1.     I am an Associate Director with the Division of Enforcement, U.S. Commodity Futures Trading Commission, the Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Patrick Todd Mullins as counsel pro hac vice to represent the Federal Energy Regulatory Commission in this matter.

2.     I am admitted to the Bar of the United States District court for the Southern District of New York and am in good standing with this Court.

3.     Patrick Todd Mullins is an attorney with the Federal Energy Regulatory Commission's Office of Enforcement located at 888 First Street, N.E., Washington, DC 20426.

4.     Patrick Todd Mullins is a member in good standing with the Bar of the State of Maryland.   Pursuant to Local Rule 1.3(c), he has filed a Certificate of Good Standing as to his admission from the State of Maryland with the Court.

5.     There are no disciplinary proceedings against Patrick Todd Mullins and none has ever been brought.

6.     Patrick Todd Mullins has received a copy of and is familiar with the Local Rules of this Court.

7.     Accordingly, I am pleased to move the admission of Patrick Todd Mullins, pro hac vice.

8.     I respectfully submit a proposed order granting the admission of Patrick Todd Mullins, pro hac vice, which is attached hereto.


I declare under penalty of perjury that the foregoing is true and correct.  Done this 6th day of September, 2007 at New York, New York.


Stephen J. Obie
SDNY Bar # 5502

2

# Court of Appeals
## of Maryland
### Annapolis, MD

## *CERTIFICATE OF GOOD STANDING*

*STATE OF MARYLAND, ss:*

*I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the nineteenth day of December, 1989,*

## Patrick Todd Mullins

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-fourth day of August, 2007.*

*Alexander L. Cummings*

*Clerk of the Court of Appeals of Maryland*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | **07 CV 6682 (DC)** |
| | ) | |
| Plaintiff, | ) ) | **ORDER ADMITTING PATRICK TODD MULLINS *PRO HAC VICE*** |
| v. | ) ) | |
| AMARANTH ADVISORS L.L.C., et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

Upon the motion of Stephen J. Obie, attorney for Plaintiff U.S. Commodity Futures

Trading Commission and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Patrick Todd Mullins
> Federal Energy Regulatory Commission
> 888 First Street, N.E.
> Washington, DC 20426
> Tel (202) 502-8594
> Fax (202) 208-0057

is admitted to practice *pro hac vice* as counsel for the Federal Energy Regulatory Commission in

the above captioned case in the United States District Court for the Southern District of New

York. All attorneys appearing before this court are subject to the Local Rules of this Court

including the rules governing discipline of attorneys. If this action is assigned to the Electronic

case filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____

New York, New York

_____

Denny Chin, United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of PLAINTIFF'S MOTION TO ADMIT PATRICK TODD MULLINS *PRO HAC VICE* and all accompanying pleadings on all parties by mailing copies to their counsel listed below, on this 6th day of September, 2007.

David E. Mollón, Esq.
Winston & Strawn LLP
200 Park Ave.
New York, NY 10166
Attorneys for Defendants Amaranth
Advisors L.L.C. and Amaranth Advisors
(Calgary) ULC

Michael Kim, Esq.
Kobre & Kim LLP
800 Third Ave.
New York, NY 10022
Attorney for Defendant Brian Hunter

_____
Nicole L. Brisker