UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMARANTH ADVISORS L.L.C., et al.,<br><br>    Defendants. | 07 CV 6682 (DC)<br><br>**PLAINTIFF'S MOTION TO ADMIT LESLIE BETH BELLAS** *PRO HAC VICE* |

   Stephen J. Obie, an Associate Director with the Division of Enforcement, U.S. Commodity Futures Trading Commission (the "Plaintiff"), Eastern Regional Office, 140 Broadway, New York, New York, 10005, and who is a member of the Bar of this Court, moves this Court, pursuant to Fed. R. Civ. P. 7 and Local Rule 1.3(c), for an order admitting Leslie Beth Bellas *pro hac vice* to appear on behalf of the Federal Energy Regulatory Commission in this matter.

   Leslie Beth Bellas
   Federal Energy Regulatory Commission
   888 First Street, N.E.
   Washington, DC 20426
   Tel (202) 502-6528
   Fax (202) 208-0057

   In support hereof, the Plaintiff states that Ms. Bellas shall be involved in all aspects of this case pertaining to the Federal Energy Regulatory Commission. Ms. Bellas is a trial attorney with the Federal Energy Regulatory Commission's Office of Enforcement, and is a member in good standing of the Bar of the District of Columbia. *See* the accompanying Declaration of Stephen J. Obie in support of this motion.

Ms. Bellas is not currently suspended or disbarred in any court. Ms. Bellas requests immediate permission to practice before the District Court for the Southern District of New York on behalf of the Federal Energy Regulatory Commission in this matter.

Respectfully submitted,

Dated: September 6, 2007

Stephen J. Obie
SDNY Bar # 5502
Division of Enforcement
U.S. Commodity Futures Trading
   Commission
140 Broadway
New York, NY 10005
(646) 746-9766
(646) 746-9940 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMARANTH ADVISORS L.L.C., et al.,<br><br>Defendants. | 07 CV 6682 (DC) |

### DECLARATION OF STEPHEN J. OBIE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Stephen J. Obie, do hereby declare as follows:

1. I am an Associate Director with the Division of Enforcement, U.S. Commodity Futures Trading Commission, the Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Leslie Beth Bellas as counsel pro hac vice to represent the Federal Energy Regulatory Commission in this matter.

2. I am admitted to the Bar of the United States District court for the Southern District of New York and am in good standing with this Court.

3. Leslie Beth Bellas is an attorney with the Federal Energy Regulatory Commission's Office of Enforcement located at 888 First Street, N.E., Washington, DC 20426.

4. Leslie Beth Bellas is a member in good standing with the Bar of the District of Columbia. Pursuant to Local Rule 1.3(c), she has filed a Certificate of Good Standing as to her admission from the District of Columbia with the Court.

5. There are no disciplinary proceedings against Leslie Beth Bellas and none has ever been brought.

6. Leslie Beth Bellas have received a copy of and is familiar with the Local Rules of this Court.

7. Accordingly, I am pleased to move the admission of Leslie Beth Bellas, pro hac vice.

8. I respectfully submit a proposed order granting the admission of Leslie Beth Bellas, pro hac vice, which is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct. Done this 6th day of September, 2007 at New York, New York.

_____
Stephen J. Obie
SDNY Bar # 5502

2



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

    I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

LESLIE BETH BELLAS

was on the   11th   day of   September, 1991   duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

    In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 22, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
                Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>AMARANTH ADVISORS L.L.C., et al.,<br><br>                Defendants. | 07 CV 6682 (DC)<br><br>**ORDER ADMITTING LESLIE BETH BELLAS *PRO HAC VICE*** |

Upon the motion of Stephen J. Obie, attorney for Plaintiff U.S. Commodity Futures Trading Commission and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Leslie Beth Bellas
        Federal Energy Regulatory Commission
        888 First Street, N.E.
        Washington, DC 20426
        Tel (202) 502-6528
        Fax (202) 208-0057

is admitted to practice *pro hac vice* as counsel for the Federal Energy Regulatory Commission in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court including the rules governing discipline of attorneys. If this action is assigned to the Electronic case filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____

New York, New York

                                           _____

                                           Denny Chin, United States District Judge

## CERTIFICATE OF SERVICE

    I hereby certify that I served a copy of PLAINTIFF'S MOTION TO ADMIT LESLIE BETH BELLAS *PRO HAC VICE* and all accompanying pleadings on all parties by mailing copies to their counsel listed below, on this 6th day of September, 2007.

David E. Mollón, Esq.
Winston & Strawn LLP
200 Park Ave.
New York, NY 10166
Attorneys for Defendants Amaranth
Advisors L.L.C. and Amaranth Advisors
(Calgary) ULC

Michael Kim, Esq.
Kobre & Kim LLP
800 Third Ave.
New York, NY 10022
Attorney for Defendant Brian Hunter

Nicole L. Brisker

3