UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>AMARANTH ADVISORS L.L.C., et al.,<br><br>                Defendants. | 07 CV 6682 (DC)<br><br>**PLAINTIFF'S MOTION TO ADMIT LEE ANN WATSON *PRO HAC VICE*** |

Stephen J. Obie, an Associate Director with the Division of Enforcement, U.S. Commodity Futures Trading Commission (the "Plaintiff"), Eastern Regional Office, 140 Broadway, New York, New York, 10005, and who is a member of the Bar of this Court, moves this Court, pursuant to Fed. R. Civ. P. 7 and Local Rule 1.3(c), for an order admitting Lee Ann Watson *pro hac vice* to appear on behalf of the Federal Energy Regulatory Commission in this matter.

            Lee Ann Watson
            Federal Energy Regulatory Commission
            888 First Street, N.E.
            Washington, DC 20426
            Tel (202) 502-6317
            Fax (202) 208-0057

In support hereof, the Plaintiff states that Ms. Watson shall be involved in all aspects of this case pertaining to the Federal Energy Regulatory Commission. Ms. Watson is the Deputy Director, Division of Investigations with the Federal Energy Regulatory Commission's Office of

Enforcement, and is a member in good standing of the Bar of the State of Illinois. *See* the accompanying Declaration of Stephen J. Obie in support of this motion.

Ms. Watson is not currently suspended or disbarred in any court. Ms. Watson requests immediate permission to practice before the District Court for the Southern District of New York on behalf of the Federal Energy Regulatory Commission in this matter.

Respectfully submitted,

Dated: September 6, 2007

Stephen J. Obie
SDNY Bar # 5502
Division of Enforcement
U.S. Commodity Futures Trading
    Commission
140 Broadway
New York, NY 10005
(646) 746-9761
(646) 746-9940 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMARANTH ADVISORS L.L.C., et al.,<br><br>Defendants. | 07 CV 6682 (DC) |

## DECLARATION OF STEPHEN J. OBIE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Stephen J. Obie, do hereby declare as follows:

1. I am an Associate Director with the Division of Enforcement, U.S. Commodity Futures Trading Commission, the Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Lee Ann Watson as counsel pro hac vice to represent the Federal Energy Regulatory Commission in this matter.

2. I am admitted to the Bar of the United States District court for the Southern District of New York and am in good standing with this Court.

3. Lee Ann Watson is an attorney with the Federal Energy Regulatory Commission's Office of Enforcement located at 888 First Street, N.E., Washington, DC 20426.

4.  Lee Ann Watson is a member in good standing with the Bar of the State of Illinois. Pursuant to Local Rule 1.3(c), I have filed a Certificate of Good Standing as to my admission from the State of Illinois with the Court.

5.  There are no disciplinary proceedings against Lee Ann Watson and none has ever been brought.

6.  Lee Ann Watson has received a copy of and is familiar with the Local Rules of this Court.

7.  Accordingly, I am pleased to move the admission of Lee Ann Watson, pro hac vice.

8.  I respectfully submit a proposed order granting the admission of Lee Ann Watson, pro hac vice, which is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct. Done this 6th day of September, 2007 at New York, New York.

Stephen J. Obie
SDNY Bar # 5502

2

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Lee Ann Watson

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on October 29, 1976 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Friday, August 17, 2007.

*Juleann Hornyak*
Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMARANTH ADVISORS L.L.C., et al., )<br>)<br>Defendants. ) | 07 CV 6682 (DC)<br><br>**ORDER ADMITTING LEE ANN WATSON** *PRO HAC VICE* |

Upon the motion of Stephen J. Obie, attorney for Plaintiff U.S. Commodity Futures Trading Commission and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Lee Ann Watson
> Federal Energy Regulatory Commission
> 888 First Street, N.E.
> Washington, DC 20426
> Tel (202) 502-6317
> Fax (202) 208-0057

is admitted to practice *pro hac vice* as counsel for the Federal Energy Regulatory Commission in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court including the rules governing discipline of attorneys. If this action is assigned to the Electronic case filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____

New York, New York

_____
Denny Chin, United States District Judge

2

CERTIFICATE OF SERVICE

    I hereby certify that I served a copy of PLAINTIFF'S MOTION TO ADMIT LEE ANN WATSON *PRO HAC VICE* and all accompanying pleadings on all parties by mailing copies to their counsel listed below, on this 6th day of September, 2007.

David E. Mollón, Esq.
Winston & Strawn LLP
200 Park Ave.
New York, NY 10166
Attorneys for Defendants Amaranth
Advisors L.L.C. and Amaranth Advisors
(Calgary) ULC

Michael Kim, Esq.
Kobre & Kim LLP
800 Third Ave.
New York, NY 10022
Attorney for Defendant Brian Hunter

                                      Nicole L. Brisker