SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| AMARANTH ADVISORS L.L.C., et al., | ) ) ) |
| Defendants. | ) |

07 CV 6682 (DC)

PLAINTIFF'S MOTION TO ADMIT LEE ANN WATSON PRO HAC VICE



Stephen J. Obie, an Associate Director with the Division of Enforcement, U.S. Commodity Futures Trading Commission (the "Plaintiff"), Eastern Regional Office, 140 Broadway, New York, New York, 10005, and who is a member of the Bar of this Court, moves this Court, pursuant to Fed. R. Civ. P. 7 and Local Rule 1.3(c), for an order admitting Lee Ann Watson *pro hac vice* to appear on behalf of the Federal Energy Regulatory Commission in this matter.

> Lee Ann Watson
> Federal Energy Regulatory Commission
> 888 First Street, N.E.
> Washington, DC 20426
> Tel (202) 502-6317
> Fax (202) 208-0057

In support hereof, the Plaintiff states that Ms. Watson shall be involved in all aspects of this case pertaining to the Federal Energy Regulatory Commission. Ms. Watson is the Deputy Director, Division of Investigations with the Federal Energy Regulatory Commission's Office of

Motion GRANTED.
SO ORDERED.

USDJ 9/13/07

Enforcement, and is a member in good standing of the Bar of the State of Illinois. *See* the accompanying Declaration of Stephen J. Obie in support of this motion.

Ms. Watson is not currently suspended or disbarred in any court. Ms. Watson requests immediate permission to practice before the District Court for the Southern District of New York on behalf of the Federal Energy Regulatory Commission in this matter.

Respectfully submitted,

Dated: September 6, 2007

Stephen J. Obie
SDNY Bar # 5502
Division of Enforcement
U.S. Commodity Futures Trading
    Commission
140 Broadway
New York, NY 10005
(646) 746-9761
(646) 746-9940 (fax)