SCANNED



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. COMMODITY FUTURES TRADING ) 07 CV 6682 (DC)
COMMISSION, )
)
)
 Plaintiff, ) PLAINTIFF'S MOTION TO
) ADMIT PATRICK TODD MULLINS
 v. ) *PRO HAC VICE*
)
AMARANTH ADVISORS L.L.C., et al., )
)
)
 Defendants. )

Stephen J. Obie, an Associate Director with the Division of Enforcement, U.S. Commodity Futures Trading Commission (the "Plaintiff"), Eastern Regional Office, 140 Broadway, New York, New York, 10005, and who is a member of the Bar of this Court, moves this Court, pursuant to Fed. R. Civ. P. 7 and Local Rule 1.3(c), for an order admitting Patrick Todd Mullins *pro hac vice* to appear on behalf of the Federal Energy Regulatory Commission in this matter.

> Patrick Todd Mullins
> Federal Energy Regulatory Commission
> 888 First Street, N.E.
> Washington, DC 20426
> Tel (202) 502-8594
> Fax (202) 208-0057

In support hereof, the Plaintiff states that Mr. Mullins shall be involved in all aspects of this case pertaining to the Federal Energy Regulatory Commission. Mr. Mullins is the Chief of Investigations Branch 4 with the Federal Energy Regulatory Commission's Office of

*Motion GRANTED.*
*SO ORDERED.*

9/13/07

Enforcement, and is a member in good standing of the Bar of the State of Maryland. *See* the accompanying Declaration of Stephen J. Obie in support of this motion.

Mr. Mullins is not currently suspended or disbarred in any court. Mr. Mullins requests immediate permission to practice before the District Court for the Southern District of New York on behalf of the Federal Energy Regulatory Commission in this matter.

Respectfully submitted,

Dated: September 6, 2007

Stephen J. Obie
SDNY Bar # 5502
Division of Enforcement
U.S. Commodity Futures Trading
   Commission
140 Broadway
New York, NY 10005
(646) 746-9766
(646) 746-9940 (fax)