SCANNED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. COMMODITY FUTURES TRADING )
COMMISSION, )
 )    07 CV 6682 (DC)
 )
         Plaintiff, )    PLAINTIFF'S MOTION TO
 )    ADMIT LESLIE BETH BELLAS
    v. )    PRO HAC VICE
 )
AMARANTH ADVISORS L.L.C., et al., )
 )
 )
         Defendants. )

RECEIVED SEP 13 2007 JUDGE CHIN'S CHAMBERS

Stephen J. Obie, an Associate Director with the Division of Enforcement, U.S. Commodity Futures Trading Commission (the "Plaintiff"), Eastern Regional Office, 140 Broadway, New York, New York, 10005, and who is a member of the Bar of this Court, moves this Court, pursuant to Fed. R. Civ. P. 7 and Local Rule 1.3(c), for an order admitting Leslie Beth Bellas *pro hac vice* to appear on behalf of the Federal Energy Regulatory Commission in this matter.

    Leslie Beth Bellas
    Federal Energy Regulatory Commission
    888 First Street, N.E.
    Washington, DC 20426
    Tel (202) 502-6528
    Fax (202) 208-0057

In support hereof, the Plaintiff states that Ms. Bellas shall be involved in all aspects of this case pertaining to the Federal Energy Regulatory Commission. Ms. Bellas is a trial attorney with the Federal Energy Regulatory Commission's Office of Enforcement, and is a member in good standing of the Bar of the District of Columbia. *See* the accompanying Declaration of Stephen J. Obie in support of this motion.

Motion GRANTED
SO ORDERED.

USDJ 9/13/07

Ms. Bellas is not currently suspended or disbarred in any court. Ms. Bellas requests immediate permission to practice before the District Court for the Southern District of New York on behalf of the Federal Energy Regulatory Commission in this matter.

Respectfully submitted,

Dated: September 6, 2007

*/s/ Stephen J. Obie*
Stephen J. Obie
SDNY Bar # 5502
Division of Enforcement
U.S. Commodity Futures Trading
    Commission
140 Broadway
New York, NY 10005
(646) 746-9766
(646) 746-9940 (fax)