UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> AMARANTH ADVISORS L.L.C., et al., <br><br> Defendants. | 07 CV 6682 (DC) <br><br> **PLAINTIFF'S MOTION TO ADMIT DAVID W. MacGREGOR** *PRO HAC VICE* |

Manal Sultan, a chief trial attorney with the Division of Enforcement, U.S. Commodity Futures Trading Commission (the "Commission"), Eastern Regional Office, 140 Broadway, New York, New York, 10005, and who is a member of the Bar of this Court, moves this Court, on a return date to be set by the Court, pursuant to Fed. R. Civ. P. 7 and Local Rule 1.3(c), for an order admitting David W. MacGregor *pro hac vice* to appear on behalf of the plaintiff in this matter. The applicant's contact information is as follows:

David W. MacGregor
U.S. Commodity Futures Trading Commission
Division of Enforcement
140 Broadway
19th Floor
New York, NY 10005
Tel. (646) 746-9762
Fax (646) 746-9740

In support hereof, the plaintiff states that Mr. MacGregor shall be involved in all aspects of this case. Mr. MacGregor is a chief trial attorney with the plaintiff Commission's Division of Enforcement, and is a member in good standing of the Bar of the State of New Jersey. *See* the accompanying Declaration of Manal Sultan in support of this motion.

2

Mr. MacGregor is not currently suspended or disbarred in any court. Mr. MacGregor requests immediate permission to practice before the U.S. District Court for the Southern District of New York on behalf of the plaintiff in this matter.

Respectfully submitted,

Dated: September 13, 2007

Manal Sultan (MS 8068)
Division of Enforcement
U.S. Commodity Futures Trading
    Commission
140 Broadway
New York, NY 10005
(646) 746-9761
(646) 746-9940 (fax)

## CERTIFICATE OF SERVICE

    I hereby certify that I served a copy of PLAINTIFF'S MOTION TO ADMIT DAVID W. MacGREGOR *PRO HAC VICE* and all accompanying pleadings on all parties by mailing copies to their counsel listed below, on this 13th day of September, 2007.

David E. Mollón, Esq.
Winston & Strawn LLP
200 Park Ave.
New York, NY 10166
Attorneys for Defendants Amaranth
Advisors L.L.C. and Amaranth Advisors
(Calgary) ULC

Michael Kim, Esq.
Kobre & Kim LLP
800 Third Ave.
New York, NY 10022

                                            Patricia McCall

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>                    Plaintiff,<br><br>          v.<br><br>AMARANTH ADVISORS L.L.C., et al.,<br><br>                    Defendants. | 07 CV 6682 (DC) |

## DECLARATION OF MANAL SULTAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Manal Sultan, do hereby declare as follows:

1. I am a chief trial attorney with the plaintiff U.S. Commodity Futures Trading Commission's Division of Enforcement. I am familiar with the proceedings in this case and I make this declaration based on my personal knowledge of the facts set forth herein and in support of plaintiff's motion to admit David W. MacGregor as counsel *pro hac vice* to represent the plaintiff.

2. I am admitted to the Bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3. David W. MacGregor is a chief trial attorney with the U.S. Commodity Futures Trading Commision's office at 140 Broadway, 19th Floor, New York, NY 10005.

4.  Mr. MacGregor is a member in good standing of the Bar of the State of New Jersey. Pursuant to Local Rule 1.3(c), he has filed a Certificate of Good Standing as to his admission from the State of New Jersey with the Court.

5.  There are no disciplinary proceedings against Mr. MacGregor and none has ever been brought. I know Mr. MacGregor to be of high moral character.

6.  Mr. MacGregor has received a copy of and is familiar with the Local Rules of this Court.

7.  Accordingly, I am pleased to move the admission of Mr. MacGregor *pro hac vice*, and I respectfully submit a proposed order granting the admission of Mr. MacGregor *pro hac vice*, which is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct. Done this 13th day of September, 2007 at New York, New York.

_____
Manal Sultan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> AMARANTH ADVISORS L.L.C., et al., <br><br> Defendants. | 07 CV 6682 (DC) <br><br> **ORDER ADMITTING DAVID W. MacGREGOR *PRO HAC VICE*** |

WHEREAS, Plaintiff U.S. Commodity Futures Trading Commission has filed a motion to admit David W. MacGregor *pro hac vice* to appear on behalf of plaintiff in this matter, and

WHEREAS, Mr. MacGregor is a member in good standing of the Bar of the State of New Jersey,

THEREFORE, IT IS ORDERED, pursuant to Local Rule 1.3(c), that David W. MacGregor, whose contact information is as follows

David W. MacGregor
U.S. Commodity Futures Trading Commission
Division of Enforcement
140 Broadway
19th Floor
New York, NY 10005
Tel. (646) 746-9762
Fax (646) 746-9740

is admitted to this Court *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court including the rules governing discipline of attorneys. If

this action is assigned to the Electronic Case Filing (ECF) system, counsel hereby admitted shall apply for an ECF password at nysd.uscourts.gov.

SO ORDERED THIS ___ DAY OF _____, 2007

_____
Denny Chin, United States District Judge

# Supreme Court of New Jersey



## Certificate of Good Standing

This is to certify that **DAVID W MAC GREGOR** (No. **016401982**) was constituted and appointed an Attorney at Law of New Jersey on **December 16, 1982** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **6TH** day of **September**, 20 **07**

Clerk of the Supreme Court

-453a-