```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES COMMODITY FUTURES    :
TRADING COMMISSION,
                                   :
                    Plaintiff,
                                   :      ORDER
         - against -
                                   :      07 Civ. 6682 (DC)
AMARANTH ADVISORS, L.L.C. et al.,
                                   :
                    Defendants.
                                   :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/2007

CHIN, D.J.

     On consent of the parties, the schedule is hereby modified as follows:

     The Agencies' Response Briefs:    Sept. 28, 2007

     Amaranth's Reply Brief:    Oct. 3, 2007

     Hearing:    Oct. 5, 2007, 2:30

     The deadlines for amicus briefs are extended by one week.

     SO ORDERED.

Dated:    New York, New York
          September 21, 2007

                                    DENNY CHIN
                                    United States District Judge