**SCANNED MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. COMMODITY FUTURES TRADING )
COMMISSION,                    )
                               )
              Plaintiff,       )
                               )
        v.                     )
                               )
AMARANTH ADVISORS L.L.C., et al., )
                               )
              Defendants.      )

07 CV 6682 (DC)

PLAINTIFF'S MOTION TO
ADMIT DAVID W. MacGREGOR
*PRO HAC VICE*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/2007


SEP 13 2007

Manal Sultan, a chief trial attorney with the Division of Enforcement, U.S. Commodity Futures Trading Commission (the "Commission"), Eastern Regional Office, 140 Broadway, New York, New York, 10005, and who is a member of the Bar of this Court, moves this Court, on a return date to be set by the Court, pursuant to Fed. R. Civ. P. 7 and Local Rule 1.3(c), for an order admitting David W. MacGregor *pro hac vice* to appear on behalf of the plaintiff in this matter. The applicant's contact information is as follows:

> David W. MacGregor
> U.S. Commodity Futures Trading Commission
> Division of Enforcement
> 140 Broadway
> 19th Floor
> New York, NY 10005
> Tel. (646) 746-9762
> Fax (646) 746-9740

In support hereof, the plaintiff states that Mr. MacGregor shall be involved in all aspects of this case. Mr. MacGregor is a chief trial attorney with the plaintiff Commission's Division of Enforcement, and is a member in good standing of the Bar of the State of New Jersey. *See* the accompanying Declaration of Manal Sultan in support of this motion.

*Motion GRANTED*
*SO ORDERED.*
USDJ 9/24/07

Mr. MacGregor is not currently suspended or disbarred in any court. Mr. MacGregor requests immediate permission to practice before the U.S. District Court for the Southern District of New York on behalf of the plaintiff in this matter.

Respectfully submitted,

Dated: September 13, 2007

*/s/ Manal*

Manal Sultan (MS 8068)
Division of Enforcement
U.S. Commodity Futures Trading
    Commission
140 Broadway
New York, NY 10005
(646) 746-9761
(646) 746-9940 (fax)