**EXHIBIT C**

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------x
:
BRIAN HUNTER, :
:
    Plaintiff, : 07 Civ. 1307 (RJL)
:
        v. :
:
:
:
FEDERAL ENERGY REGULATORY :
COMMISSION, :
:
:
:
    Defendant. :
---------------------------------------------------x

**AMENDED MOTION FOR A TEMPORARY RESTRAINING ORDER,
PRELIMINARY INJUNCTION, AND DECLARATORY RELIEF**

Plaintiff Brian Hunter, by and through his attorneys, Kobre & Kim LLP, hereby moves the Court to issue a temporary restraining order and preliminary injunction to prevent the Federal Energy Regulatory Commission from improperly bringing an enforcement action against Plaintiff in excess of its statutory authority; a declaratory order clarifying the relationship between the Natural Gas Act and the Commodity Exchange Act; and such further relief as the Court deems just and proper, as more fully discussed in the accompanying memorandum of law.

Dated: July 23, 2007
      Washington, D.C.

Respectfully submitted,

KOBRE & KIM LLP

By: _____/s/_____
Michael S. Kim
Natalie Holme Elsberg
Zaharah R. Markoe
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022
Telephone:  212.488.1200
Facsimile:  212.488.1220

Justin V. Shur (973855)
Kobre & Kim LLP
1050 Connecticut Avenue N.W.
Washington, D.C. 20036
Telephone:  202.664.1900
Facsimile:  202.664.1920

*Attorneys for Plaintiff Brian Hunter*