**EXHIBIT G**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

U.S. COMMODITY FUTURES TRADING
COMMISSION,

                Plaintiff,

      v.

AMARANTH ADVISORS L.L.C.,
AMARANTH ADVISORS (CALGARY) ULC
and BRIAN HUNTER,

                Defendants.
-------------------------------------------------------------x

07 Civ. 6682 (DC)

**ORDER TO SHOW CAUSE**

      Upon reading and filling of the Declaration of Nick Maounis and the Memorandum of Law in Support of the Motion of Defendants Amaranth Advisors L.L.C. and Amaranth Advisors (Calgary) ULC (together "Amaranth Advisors") for a Preliminary Injunction Against the Federal Energy Regulatory Commission (the "FERC"); and upon all prior pleadings and proceedings had herein, and no previous request for the relief sought herein having been made to this Court, it is hereby

      **ORDERED,** that the FERC show cause before the Honorable Judge Denny Chin, at the United States District Court for the Southern District of New York, 500 Pearl Street, in the City, County and State of New York, 10007, Courtroom 11A on August ___, 2007, at ___ ___.m., or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure staying the FERC's enforcement action against Amaranth Advisors, among others, pending the resolution of the above captioned action brought by the Commodity Futures Trading Commission (the "CFTC"); and it is further

**ORDERED,** that service of a copy of this Order to Show Cause, together with the papers upon which it is based, shall be made by e-mail and Federal Express on or before ___ p.m. on August ___, 2007, upon (1) the Federal Energy Regulatory Commission, 888 First Street N.E., Washington, D.C. 20426, Attn: Todd Mullins and 19 West 34th Street, Suite 400, New York, New York 10001; (2) the United States Commodity Futures Trading Commission, 140 Broadway, New York, New York 10005, Attn: Stephen J. Obie and 1155 21st Street, N.W., Washington, D.C. 20581, Attn: Vincent A. McGonagle; and (3) Kobre & Kim LLP, 800 Third Avenue, New York, New York 10022, Attn: Michael Kim, attorneys for defendant Brian Hunter, and that such shall be deemed good and sufficient service thereof; and it is further

**ORDERED,** that Amaranth Advisors is authorized to file a memorandum of law up to a maximum of 30 pages in length; and it is further

**ORDERED,** that answering papers, if any, must be served so as to be received by Winston & Strawn LLP, 200 Park Avenue, New York, New York 10166 (Attn: David E. Mollón), attorneys for Amaranth Advisors, and filed with the Court on or before ___ p.m. on August ___, 2007; and it is further

**ORDERED,** that any memorandum of law in opposition to the motion shall be a maximum of 30 pages in length; and it is further

**ORDERED,** that reply papers, if any, must be served so as to be received by the FERC, the CFTC and Kobre & Kim, at the addresses indicated above, and filed with the Court on or before ___ p.m. on August ___, 2007, and it is further

**ORDERED,** that any reply memorandum of law served by Amaranth Advisors shall be a maximum of 15 pages in length.

DATED:  New York, New York
         August ___, 2007

---
United States District Judge

NY:1126121.4

3