UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. COMMODITY FUTURES TRADING
COMMISSION,

                                     Plaintiff,

v.

AMARANTH ADVISORS L.L.C., et al.,

                                     Defendants.

07 CIV 6682 (DC)

ECF CASE

CERTIFICATE OF SERVICE

        I, Manal Sultan, hereby certify that on September 28, 2007, I caused to be served the
following documents:

- Plaintiff Commodity Futures Trading Commission' Memorandum of Law in Opposition
  to Defendants' Motion for Preliminary Injunction Staying the Federal Energy Regulatory
  Commission
- Exhibits to Plaintiff Commodity Futures Trading Commission's Memorandum of Law in
  Opposition to Defendants' Motion for Preliminary Injunction Staying the Federal Energy
  Regulatory Commission

upon the following by the means indicated:

**By Federal Express Priority Overnight**

Michael S. Kim
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022
*Attorney for Defendant Brian Hunter*

David Emilio Mollón
Winston & Strawn LLP (NY)
200 Park Avenue
New York, New York 10166
*Attorney for Defendant Amaranth Advisors (Calgary) U.L.C.*

Leslie Beth Bellas
Lee Ann Watson
Todd Mullins
888 First Street, N.E.

Washington, D.C. 20426
*On behalf of the Federal Energy Regulatory Commission*

Dated: September 28, 2007
New York, New York

Manal Sultan