P. Todd Mullins
Leslie B. Bellas
Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC  20426
(202) 502-8594

Attorneys for the Federal Energy Regulatory Commission

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **U.S. COMMODITY FUTURES TRADING COMMISSION,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | 07 Civ. 6682 (DC) |
| : | |
| **AMARANTH ADVISORS L.L.C.,** : | |
| **AMARANTH ADVISORS (CALGARY) ULC,** : | **CERTIFICATE OF SERVICE** |
| **and BRIAN HUNTER,** : | |
| : | |
| **Defendants.** : | |

I, Leslie B. Bellas, hereby certify under penalty of perjury that on September 28, 2007, I served The Federal Energy Regulatory Commission's Opposition to Defendants' Motion for Preliminary Injunction, dated September 28, 2007, and supporting exhibits by electronic and overnight mail to the following counsel of record:

Manal Sultan, Esq.
Stephen Obie, Esq.
David W. MacGregor
U.S. Commodity Futures Trading Commission (NYC)
140 Broadway
New York, NY 10005
E-mail: msultan@cftc.gov

David E. Mollon, Esq.
Steven M. Schwartz, Esq.
Melissa E. O'Boyle, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
Email: dmollon@winston.com

DATED:  September 28, 2007

                                                /s/ Leslie B. Bellas