UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | 07 CV 6682 (DC) |
| Plaintiff, | PLAINTIFF'S MOTION TO ADMIT BRADFORD M. BERRY *PRO HAC VICE* |
| v. | |
| AMARANTH ADVISORS L.L.C., et al., | |
| Defendants. | |

Manal Sultan, a chief trial attorney with the Division of Enforcement, U.S. Commodity Futures Trading Commission (the "Commission"), Eastern Regional Office, 140 Broadway, New York, New York, 10005, and who is a member of the Bar of this Court, moves this Court, on a return date to be set by the Court, pursuant to Fed. R. Civ. P. 7 and Local Rule 1.3(c), for an order admitting Bradford M. Berry *pro hac vice* to appear on behalf of the plaintiff in this matter. The applicant's contact information is as follows:

Bradford M. Berry
Commodity Futures Trading Commission
Office of General Counsel
1155 21st Street N.W.
Washington, DC 20581
Tel. (202) 418-5127
Fax (202) 418-5567

In support hereof, the plaintiff states that Mr. Berry shall be involved in all aspects of this case. Mr. Berry is the deputy general counsel for litigation in plaintiff Commission's Office pf General Counsel, and is a member in good standing of the Bar of the District of Columbia. *See* the accompanying Declaration of Manal Sultan in support of this motion.

Mr. Berry is not currently suspended or disbarred in any court. Mr. Berry requests immediate permission to practice before the U.S. District Court for the Southern District of New York on behalf of the plaintiff in this matter.

Respectfully submitted,

Dated: September 28, 2007

Manal Sultan
Division of Enforcement
U.S. Commodity Futures Trading Commission
140 Broadway
New York, NY 10005
(646) 746-9761
(646) 746-9940 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of PLAINTIFF'S MOTION TO ADMIT BRADFORD M. BERRY *PRO HAC VICE* with accompanying exhibits and declarations on all parties by sending copies by first class mail, postage pre-paid, to their counsel listed below, on this 28th day of September 2007:

David E. Mollón, Esq.
Winston & Strawn LLP
200 Park Ave.
New York, NY 10166
Attorneys for Defendants Amaranth
Advisors L.L.C. and Amaranth Advisors
(Calgary) ULC

Michael Kim, Esq.
Kobre & Kim LLP
800 Third Ave.
New York, NY 10022

Patricia McCall

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>           Plaintiff,<br><br>v.<br><br>AMARANTH ADVISORS L.L.C., et al.,<br><br>           Defendants. | 07 CV 6682 (DC) |

## DECLARATION OF MANAL SULTAN
## IN SUPPORT OF MOTION FOR ADMISSION
## OF BRADFORD M. BERRY *PRO HAC VICE*

I, Manal Sultan, do hereby declare as follows:

1. I am a chief trial attorney with the plaintiff Commodity Futures Trading Commission's Division of Enforcement. I am familiar with the proceedings in this case and I make this declaration based on my personal knowledge of the facts set forth herein and in support of plaintiff's motion to admit Bradford M. Berry as counsel *pro hac vice* to represent the plaintiff.

2. I am admitted to the Bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3. Bradford M. Berry is the Deputy General Counsel for Litigation with the Commodity Futures Trading Commission, and is located in its main office, 1155 21st Street N.W., Washington, D.C. 20581.

4.    Mr. Berry is a member in good standing of the Bar of the District of Columbia. Pursuant to Local Rule 1.3(c), he has filed a Certificate of Good Standing as to his admission from the District of Columbia with the Court.

5.    There are no disciplinary proceedings against Mr. Berry and none has ever been brought. I know Mr. Berry to be of high moral character.

6.    Mr. Berry has received a copy of and is familiar with the Local Rules of this Court.

7.    Accordingly, I am pleased to move the admission of Mr. Berry *pro hac vice*, and I respectfully submit a proposed order granting the admission of Mr. Berry *pro hac vice*, which is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Done this 28 day of September, 2007 at New York, New York.

_____
Manal Sultan

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> AMARANTH ADVISORS L.L.C., et al., <br><br> Defendants. | 07 CV 6682 (DC) |

**DECLARATION OF BRADFORD M. BERRY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Bradford M. Berry, do hereby declare as follows:

1. I am the Deputy General Counsel for Litigation with the U.S. Commodity Futures Trading Commission located at 1155 21st Street, N.W., Washington, D.C. 20581.

2. I am a member in good standing with the Bar of the District of Columbia. Pursuant to Local Rule 1.3(c), I have obtained a Certificate of Good Standing as to my admission from the District of Columbia, and will file the Certificate with the Court.

3. There are no disciplinary proceedings against me and none has ever been brought.

4. I have received a copy of and am familiar with the Local Rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct. Done this 20th day of September, 2007 at Washington, D.C.

_____
Bradford M. Berry



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

BRADFORD MANN BERRY

was on the   2ND   day of   JANUARY, 1991   duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 7, 2007.
>
> GARLAND PINKSTON, JR., CLERK
>
> By: _____
> Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | 07 CV 6682 (DC) |
| Plaintiff, | **ORDER ADMITTING BRADFORD M. BERRY *PRO HAC VICE*** |
| v. | |
| AMARANTH ADVISORS L.L.C., et al., | |
| Defendants. | |

WHEREAS, Plaintiff U.S. Commodity Futures Trading Commission has filed a motion to admit Bradford M. Berry *pro hac vice* to appear on behalf of plaintiff in this matter, and

WHEREAS, Mr. Berry is a member in good standing of the Bar of the District of Columbia,

THEREFORE, IT IS ORDERED, pursuant to Local Rule 1.3(c), that Bradford M. Berry, whose contact information is as follows

    Bradford M. Berry
    Commodity Futures Trading Commission
    Office of General Counsel
    1155 21st Street N.W.
    Washington, DC 20581
    Tel. (202) 418-5127
    Fax (202) 418-5567

is admitted to this Court *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court including the rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel hereby admitted shall apply for an ECF password at nysd.uscourts.gov.

SO ORDERED THIS ___ DAY OF _____, 2007


                                                                    _____
                                                                    Denny Chin, U.S.D.J.

Case 1:07-cv-06682-DC   Document 35   Filed 09/28/2007   Page 9 of 9