Exhibit A

U.S. House of Representatives

Committee on Agriculture

Room 1301, Longworth House Office Building

Washington, DC 20515-6001

September 27, 2007

The Honorable Walt Lukken
Acting Chairman
Commodity Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581

Dear Chairman Lukken:

We are writing to reaffirm that §2(a)(1)(A) of the Commodity Exchange Act dedicates to
the Commodity Futures Trading Commission exclusive jurisdiction over the trading of
futures contracts. The testimony the House Committee on Agriculture's General Farm
Commodities and Risk Management Subcommittee received at its September 26, 2007
hearing, and the consensus of the members at the hearing confirms the jurisdictional
grant. We applaud the anti-manipulation efforts of the CFTC and the FERC and we
encourage both agencies to continue to work together to protect the integrity of the
energy market.

The Commodity Exchange Act §2(a)(1)(A) clearly charges the CFTC with "…exclusive
jurisdiction, …with respect to… transactions involving contracts of sale of a commodity
for future delivery, traded or executed on a contract market designated or derivatives
transaction execution facility". We are pleased that the CFTC has taken this statutory
charge as seriously as it has.

Congress made this unusual grant of exclusive jurisdiction to end the confusion caused
by two separate federal regulators. This wisdom continues to prove itself. The markets
regulated by CFTC have grown at unprecedented rates since 2000. If the CFTC were to
cede jurisdiction, it will not only abrogate the law, it will ignore the singular vision
Congress intended for the CFTC, and invite those who look to nefariously arbitrage
multiple regulatory regimes back to the futures market.

The Honorable Walter Lukken
Page 2

It is the CFTC's primary responsibility to protect the integrity of the futures market. We congratulate the entire commission for taking this obligation so seriously. Please continue to work with all the resources of the federal government to stamp out fraud any place it may rear its ugly head.

Sincerely,

Collin Peterson,
Chairman

Bob Goodlatte,
Ranking Member

Bob Etheridge, Chairman, Subcommittee
on General Farm Commodities and Risk
Management

Jerry Moran, Ranking Member,
Subcommittee on General Farm
Commodities and Risk Management