# Exhibit C

UNITED STATES OF AMERICA
FEDERAL ENERGY REGULATORY COMMISSION

Amaranth Advisors L.L.C.            Docket No. IN07-26-000
Amaranth LLC
Amaranth Management Limited Partnership
Amaranth International Limited
Amaranth Partners LLC
Amaranth Capital Partners LLC
Amaranth Group Inc.
Amaranth Advisors (Calgary) ULC
Brian Hunter
Matthew Donohoe

ORDER GRANTING REHEARING FOR
FURTHER CONSIDERATION

(September 26, 2007)

Rehearing has been timely requested of the Commission's Order to Show Cause and Notice of Proposed Penalties issued on July 26, 2007, 120 FERC ¶ 61,085 (2007), in the above-captioned proceeding. In the absence of Commission action within 30 days, those requests for rehearing (and any timely requests for rehearing filed subsequently)[1] would be deemed denied. 18 C.F.R. § 385.713 (2007).

In order to afford additional time for consideration of the matters raised or to be raised, rehearing of the Commission's order is hereby granted for the limited purpose of further consideration, and timely-filed rehearing requests will not be deemed denied by

---

[1] *See San Diego Gas & Electric Company v. Sellers of Energy and Ancillary Services Into Markets Operated by the California Independent System Operator and the California Power Exchange*, 95 FERC ¶ 61,173 (2001) (clarifying that a single tolling order applies to all rehearing requests that were timely filed).

Docket No. IN07-26-000                                                                                          - 2 -

operation of law. Rehearing requests of the above-cited order filed in this proceeding will be addressed in a future order. As provided in 18 C.F.R. § 385.713(d), no answers to the rehearing requests will be entertained.

Nathaniel J. Davis, Sr.,
Acting Deputy Secretary.