UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

U.S. COMMODITY FUTURES TRADING       :       07 Civ. 6682 (DC)
COMMISSION,
              Plaintiff,       :

              v.       :

AMARANTH ADVISORS L.L.C., AMARANTH       **CERTIFICATE OF SERVICE**
ADVISORS (CALGARY) ULC and BRIAN       :
HUNTER,
              Defendants.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      I, APRIL JENKINS, hereby certify under penalty of perjury that on October 3, 2007, I caused to be served the **Reply Memorandum of Law in Further Support of the Motion of Defendants Amaranth Advisors L.L.C. and Amaranth Advisors (Calgary) ULC For a Preliminary Injunction Against the Federal Energy Regulatory Commission** upon counsel of record by Notice of Electronic Filing (NEF) via the Court's CM/ECF system, and upon those counsel not receiving NEFs, by the means indicated below:

|  |  |
|---|---|
| **Email** | **Email** |
| **Robert Pease, Esq.** | **James Bradford Ramsay, Esq.** |
| Federal Energy Regulatory Commission | National Association of Regulatory Utility |
| Office of Enforcement | Commissioners |
| Division of Investigations | 1101 Vermont Avenue, Suite 200 |
| 888 First Street, NE | Washington, DC 20005 |
| Washington, DC 20426 | *Counsel for National Association of* |
| *Counsel for Federal Energy Regulatory Commission* | *Regulatory Utility Commissioners* |

**By Email**
Michael S. Kim, Esq.
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022
*Counsel for Brian Hunter*

**By Email**
David W. MacGregor, Esq.
Commodity Futures Trading Commission
140 Broadway, 19th Floor
New York, NY 10005
*Counsel for Commodity Futures
Trading Commission*

**By Mail**
Lee Ann Watson
Federal Energy Regulatory Commission
888 First Street, N.E.
Washington, DC 20426
*Counsel for Federal Energy Regulatory
Commission*

**By Mail**
Bradford M. Berry
Commodity Futures Trading Commission
1155 21st Street, North West
Washington, DC 20581
*Counsel for Commodity Futures
Trading Commission*

**By Mail**
Mark D. Young
Kirkland & Ellis LLP
655 15th Street, N.W. Suite 1200
Washington, DC 20005
*Counsel for Future Industry Association,
Inc., Managed Funds Association, Inc.,
New York Mercantile Exchange, Inc.,
Chicago Mercantile Exchange Group, Inc.,
International Swaps and Derivatives
Association, Inc.*

Dated: New York, New York
October 3, 2007

_____
APRIL JENKINS