David E. Mollón (DM-5624)
Steven M. Schwartz (SS-4216)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
(212) 294-6700

*Attorneys for Defendant Amaranth Advisors L.L.C.*
*and Amaranth Advisors (Calgary) ULC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                 :
U.S. COMMODITY FUTURES TRADING                                   :
COMMISSION                                                       :
                Plaintiff,                                 :   Case No. 07 Civ. 6682 (DC)
                                                                 :
      v.                                                       :   **MOTION TO**
                                                                 :   **ADMIT COUNSEL**
AMARANTH ADVISORS L.L.C.,                                        :   ***PRO HAC VICE***
AMARANTH ADVISORS (CALGARY) ULC                                  :
and BRIAN HUNTER.                                                :
                                                                 :
                Defendants.                                :
-----------------------------------------------------------------x

      PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David E. Mollón, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

                Stephen J. Senderowitz
                Winston & Strawn LLP
                35 W. Wacker Drive
                Chicago, IL 60601-9703
                (T) (312) 558-5600
                (F) (312) 558-5700

Stephen J. Senderowitz is a member in good standing of the Bar of the State of Illinois. There are no pending disciplinary proceedings against Stephen J. Senderowitz in any State or Federal court.

Dated: October 2, 2007
New York, New York

Respectfully Submitted,

_____
David E. Mollon (DM-5624)
Winston & Strawn LLP
200 Park Avenue
New York, New York 10166
(T) 212-294-6700
(F) 212-294-4700

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

U.S. COMMODITY FUTURES TRADING
COMMISSION,

                Plaintiff,                      Case No. 07 Civ. 6628 (DC)

            v.                                    **AFFIRMATION OF**
                                                      **DAVID E. MOLLÓN**

AMARANTH ADVISORS L.L.C., .           **IN SUPPORT OF MOTION**
AMARANTH ADVISORS (CALGARY) ULC,  **TO ADMIT COUNSEL**
and BRIAN HUNTER.                                   ***PRO HAC VICE***

                Defendants.

------------------------------------------------------------x

        DAVID E. MOLLÓN, hereby affirms under penalty of perjury:

        1.    I am a member of the law firm of Winston & Strawn LLP, counsel for Defendant Amaranth Advisors L.L.C., ("Amaranth") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Amaranth's motion to admit Stephen J. Senderowitz as counsel *pro hac vice* to represent Amaranth in this matter.

        2.    I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1989. I am also admitted to the United States District Court for the Southern District of New York and the United States District Court for the Eastern District of New York. I am in good standing with these Courts.

        3.    Mr. Senderowitz and I have been partners at Winston & Strawn LLP since he joined the firm in 2002.

        4.    Mr. Senderowitz is a member of the firm Winston & Strawn LLP, resident in Chicago, Illinois.

5.  I have found Mr. Senderowitz to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure. I respectfully submit a certificate of good standing for Mr. Senderowitz, which is attached hereto as Exhibit A.

6.  Accordingly, I am pleased to move the admission of Mr. Senderowitz, *pro hac vice*.

7.  I respectfully submit a proposed order granting the admission of Mr. Senderowitz, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Mr. Senderowitz, *pro hac vice*, to represent Amaranth in the above captioned matter, be granted.

Dated: New York, New York
October 2, 2007

David E. Mollon (DM-5624)

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Stephen Jay Senderowitz

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on April 23, 1974 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Monday, October 01, 2007.

*Juleann Hornyak*
Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2007, a true and correct copy of the foregoing Motion to Admit Counsel Pro Hac Vice was duly served on the following parties by first class mail:

>David W. MacGregor, Esq.
>Commodity Futures Trading Commission
>140 Broadway
>19th Floor
>New York, NY 10005
>
>Robert Pease, Esq.
>Federal Energy Regulatory Commission
>Office of Enforcement
>Division of Investigations
>888 First Street, NE
>Washington, DC 20426
>
>Michael Kim, Esq.
>KOBRE & KIM LLP
>800 Third Avenue
>New York, New York 10022
>
>Justin V. Shur, Esq.
>KOBRE & KIM LLP
>1050 Connecticut Avenue, N.W.
>Washington, D.C. 20036

_____
April K. Jenkins

3