SCANNED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 10/10/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. COMMODITY FUTURES TRADING ) 07 CV 6682 (DC)
COMMISSION, )
 )
           Plaintiff, ) **PLAINTIFF'S MOTION TO**
 ) **ADMIT BRADFORD M. BERRY**
    v. ) ***PRO HAC VICE***
 )
AMARANTH ADVISORS L.L.C., et al., )
 )
           Defendants. )

**MEMO ENDORSED**

OCT 03 2007
JUDGE CHIN'S CHAMBERS

Manal Sultan, a chief trial attorney with the Division of Enforcement, U.S. Commodity Futures Trading Commission (the "Commission"), Eastern Regional Office, 140 Broadway, New York, New York, 10005, and who is a member of the Bar of this Court, moves this Court, on a return date to be set by the Court, pursuant to Fed. R. Civ. P. 7 and Local Rule 1.3(c), for an order admitting Bradford M. Berry *pro hac vice* to appear on behalf of the plaintiff in this matter. The applicant's contact information is as follows:

    Bradford M. Berry
    Commodity Futures Trading Commission
    Office of General Counsel
    1155 21st Street N.W.
    Washington, DC 20581
    Tel. (202) 418-5127
    Fax (202) 418-5567

2007 SEP 28 AM 11:09
S.D. OF N.Y.
FILED U.S. DISTRICT COURT

In support hereof, the plaintiff states that Mr. Berry shall be involved in all aspects of this case. Mr. Berry is the deputy general counsel for litigation in plaintiff Commission's Office of General Counsel, and is a member in good standing of the Bar of the District of Columbia. *See* the accompanying Declaration of Manal Sultan in support of this motion.

Motion GRANTED.
SO ORDERED.
10/10/07