SCANNED

David E. Mollón (DM-5624)
Steven M. Schwartz (SS-4216)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
(212) 294-6700

*Attorneys for Defendant Amaranth Advisors L.L.C.
and Amaranth Advisors (Calgary) ULC*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

U.S. COMMODITY FUTURES TRADING
COMMISSION

                Plaintiff,

    v.

AMARANTH ADVISORS L.L.C.,
AMARANTH ADVISORS (CALGARY) ULC
and BRIAN HUNTER.

                Defendants.

-------------------------------------------------------------x

Case No. 07 Civ. 6682 (DC)

**MOTION TO
ADMIT COUNSEL
*PRO HAC VICE***



PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David E. Mollón, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

        Stephen J. Senderowitz
        Winston & Strawn LLP
        35 W. Wacker Drive
        Chicago, IL 60601-9703
        (T) (312) 558-5600
        (F) (312) 558-5700

*Motion GRANTED.
SO ORDERED.*

*USDJ
10/10/07*