David E. Mollón (DM-5624)
Steven M. Schwartz (SS-4216)
Lauren B. Lepore (LL-0772)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
(212) 294-6700

*Attorneys for Defendants Amaranth Advisors L.L.C.
and Amaranth Advisors (Calgary) ULC*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

|  |  |
|---|---|
| **U.S. COMMODITY FUTURES TRADING COMMISSION,** : | |
| Plaintiff, : | |
| : | **Electronically Filed** |
| v. : | |
| : | **07 Civ. 6682 (DC)** |
| **AMARANTH ADVISORS L.L.C., AMARANTH ADVISORS (CALGARY) ULC** : | **Oral Argument Requested** |
| and **BRIAN HUNTER,** : | |
| Defendants. : | |
| : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**NOTICE OF MOTION TO DISMISS THE COMPLAINT
BY DEFENDANTS AMARANTH ADVISORS L.L.C. AND
AMARANTH ADVISORS (CALGARY) ULC**

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law and upon all prior pleadings and proceedings herein, Defendants Amaranth Advisors L.L.C. and Amaranth Advisors (Calgary) ULC, by and through their undersigned counsel, respectfully move this Court, before the Honorable Denny Chin, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, on such day and at such time designated by the Court, for an order (a) pursuant to Federal Rule of Civil

Procedure 12(b)(6) dismissing this action for failure to state a claim or, in the alternative, pursuant to Federal Rule of Civil Procedure 9(b) dismissing this action for failure to plead fraud with particularity; and (b) granting such other relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the schedule set by the Court at the November 1, 2007 pre-motion conference, papers in opposition to this motion shall be served on or before December 20, 2007, and Defendants reply papers shall be served on or before January 10, 2008.

Dated: New York, New York
November 8, 2007

Respectfully submitted,

**WINSTON & STRAWN LLP**

By: ___/s/ Steven M. Schwartz___
David E. Mollón (DM-5624)
Steven M. Schwartz (SS-4216)
Lauren B. Lepore (LL-0772)

200 Park Avenue
New York, New York 10166
(212) 294-6700

Stephen J. Senderowitz
Kristen V. Grisius
35 West Wacker Drive
Chicago, IL  60601
(312) 558-5600

*Attorneys for Defendants Amaranth Advisors L.L.C. and Amaranth Advisors (Calgary) ULC*

TO: Stephen Obie, Esq.
David MacGregor, Esq.
Manal Sultan, Esq.
Commodity Futures Trading Commission
Division of Enforcement
140 Broadway
New York, NY 10005

Counsel for Plaintiff Commodity
Futures Trading Commission

Michael S. Kim, Esq.
Kobre & Kim
800 Third Avenue
New York, New York 10022

Counsel for Defendant Brian Hunter