UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

|  |  |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br>                    Plaintiff,<br><br>        v.<br><br>AMARANTH ADVISORS L.L.C., AMARANTH ADVISORS (CALGARY) ULC and BRIAN HUNTER,<br><br>                    Defendants. | :<br>:<br>:<br>:   07 Civ. 6682 (DC)<br>:<br>:   **CERTIFICATE OF SERVICE**<br>:<br>:<br>:<br>: |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I, APRIL JENKINS, hereby certify under penalty of perjury that on November 8, 2007 I caused to be served **Notice of Motion to Dismiss the Complaint By Defendants Amaranth Advisors L.L.C and Amaranth Advisors (Calgary) ULC, dated November 8, 2007, and Memorandum of Law in Support of Motion to Dismiss the Complaint By Defendants Amaranth Advisors L.L.C and Amaranth Advisors (Calgary) ULC, dated November 8, 2007** upon the following by the means indicated:

   **By E-mail and Hand Delivery**
   David W. MacGregor, Esq.
   Stephen Obie, Esq.
   Manal Sultan, Esq.
   Commodity Futures Trading Commission
   140 Broadway
   19th Floor
   New York, NY 10005


   Michael S. Kim, Esq.
   Kobre & Kim LLP
   800 Third Avenue
   New York, NY 10022

2

Dated: New York, New York
       November 8, 2007

_____
APRIL JENKINS

NY:1146158.1