UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

U.S. COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

v.

AMARANTH ADVISORS, L.L.C., AMARANTH ADVISORS (CALGARY) ULC AND BRIAN HUNTER,

Defendants.

----------------------------------------x

07 Civ. 6682 (DC)

ECF Case

**Oral Argument Requested**

## NOTICE OF MOTION TO DISMISS THE COMPLAINT BY DEFENDANT BRIAN HUNTER

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the memoranda of law filed by other defendants, and the pleadings herein, Defendant Brian Hunter, by and through his undersigned counsel, Kobre & Kim LLP, will move this Court, before the Honorable Denny Chin, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, on such day and at such time designated by the Court for an order dismissing this action for lack of personal jurisdiction pursuant to Rule 12(b)(2), or, in the alternative, for failure to state a claim pursuant to Rule 12(b)(6) and for failure to plead intent under Rule 9(b).

2

PLEASE TAKE FURTHER NOTICE that pursuant to the schedule set by the Court at the November 1, 2007 pre-motion conference, papers in opposition to this motion shall be served on or before December 20, 2007, and Defendants' reply papers shall be served on or before January 10, 2008.

Dated: New York, New York
       November 8, 2007

                                        KOBRE & KIM LLP

                                          /s/ Michael S. Kim
                                        Michael S. Kim (MK-0308)
                                        Leif T. Simonson (LS-5915)
                                        800 Third Avenue
                                        New York, New York 10022
                                        Tel: 212.488.1200
                                        Fax: 212.488.1220

                                        *Attorneys for Defendant Brian Hunter*