UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) ) | 07 CV 6682 (DC) |
| Plaintiff, | ) ) | **PLAINTIFF'S MOTION TO** |
| v. | ) ) | **ADMIT W. DEREK SHAKABPA** |
| AMARANTH ADVISORS L.L.C., et al., | ) ) ) | ***PRO HAC VICE*** |
| Defendants. | ) ) ) | |

Manal Sultan, a chief trial attorney with the Division of Enforcement, U.S. Commodity

Futures Trading Commission (the "Commission"), Eastern Regional Office, 140 Broadway, New

York, New York, 10005, and who is a member of the Bar of this Court, moves this Court, on a

return date to be set by the Court, pursuant to Fed. R. Civ. P. 7 and Local Rule 1.3(c), for an

order admitting W. Derek Shakabpa *pro hac vice* to appear on behalf of the plaintiff in this

matter. The applicant's contact information is as follows:

    W. Derek Shakabpa
    U.S. Commodity Futures Trading Commission
    Division of Enforcement
    140 Broadway
    19th Floor
    New York, NY 10005
    Tel. (646) 746-9748
    Fax (646) 746-9940

In support hereof, the plaintiff states that Mr. Shakabpa shall be involved in all aspects of

this case. Mr. Shakabpa is a senior trial attorney with the Plaintiff Commission's Division of

Enforcement, and is an active member in good standing of the Bar of the District of Columbia.

*See* the accompanying Declarations of Manal Sultan and W. Derek Shakabpa in support of this motion.

Mr. Shakabpa is not currently suspended or disbarred in any court.  Mr. Shakabpa requests immediate permission to practice before the U.S. District Court for the Southern District of New York on behalf of the Plaintiff in this matter.

Respectfully submitted,

Dated: December 4, 2007

Manal Sultan (MS 8068)
Division of Enforcement
U.S. Commodity Futures Trading
    Commission
140 Broadway
New York, NY 10005
(646) 746-9761
(646) 746-9940 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) ) | 07 CV 6682 (DC) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| AMARANTH ADVISORS L.L.C., et al., | ) ) ) | |
| Defendants. | ) | |

## DECLARATION OF MANAL SULTAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Manal Sultan, do hereby declare as follows:

1.     I am a chief trial attorney with the Plaintiff U.S. Commodity Futures Trading Commission's Division of Enforcement. I am familiar with the proceedings in this case and I make this declaration based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit W. Derek Shakabpa as counsel *pro hac vice* to represent the plaintiff.

2.     I am admitted to the Bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3.     W. Derek Shakabpa is a senior trial attorney with the U.S. Commodity Futures Trading Commission's office at 140 Broadway, 19th Floor, New York, NY 10005.

4.      Mr. Shakabpa is an active member in good standing of the Bar of the District of Columbia.  Pursuant to Local Rule 1.3(c), he has filed a Certificate of Good Standing as to his admission from the District of Columbia.

5.      There are no disciplinary proceedings against Mr. Shakabpa and none has ever been brought.  I know Mr. Shakabpa to be of high moral character.

6.      Mr. Shakabpa has received a copy of and is familiar with the Local Rules of this Court.

7.      Accordingly, I am pleased to move the admission of Mr. Shakabpa *pro hac vice*, and I respectfully submit a proposed order granting the admission of Mr. Shakabpa *pro hac vice*, which is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.  Done this 4th day of December 2007 at New York, New York.

Manal Sultan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | **07 CV 6682 (DC)** |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| AMARANTH ADVISORS L.L.C., et al., | ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF W. DERK SHAKABPA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, W. Derek Shakabpa, do hereby declare as follows,

1.      I am a senior trial attorney with the Division of Enforcement of the Commodity Futures Trading Commission at 140 Broadway, 19th Floor, New York, NY 10005.

2.      I am an active member in good standing of the Bar of the District of Columbia. Pursuant to Local Rule 1.3(c), I have obtained a Certificate of Good Standing from the District of Columbia.

3.      There are no disciplinary proceedings against me and none have ever been brought.

4.      I have received a copy of and am familiar with the Local Rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct. Done this 4th day of December 2007 at New York, NY.

_W. Derek Shakabpa_
W. Derek Shakabpa



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

WANGCHUK DEREK SHAKABPA

was on the    6TH    day of    JANUARY, 1995

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on
November 9, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
            Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | **07 CV 6682 (DC)** |
| Plaintiff, | ) ) ) | **ORDER ADMITTING W. DEREK SHAKABPA *PRO HAC VICE*** |
| v. | ) ) | |
| AMARANTH ADVISORS L.L.C., et al., | ) ) ) | |
| Defendants. | ) ) | |

WHEREAS, Plaintiff U.S. Commodity Futures Trading Commission has filed a motion

to admit W. Derek Shakabpa *pro hac vice* to appear on behalf of Plaintiff in this matter, and

WHEREAS, Mr. Shakabpa is an active member in good standing of the District of

Columbia,

THEREFORE, IT IS ORDERED, pursuant to Local Rule 1.3(c), that W. Derek

Shakabpa, whose contact information is as follows

> W. Derek Shakabpa
> U.S. Commodity Futures Trading Commission
> Division of Enforcement
> 140 Broadway
> 19th Floor
> New York, NY 10005
> Tel. (646) 746-9748
> Fax (646) 746-9940

is admitted to this Court *pro hac vice* in the above captioned case in the United States District

Court for the Southern District of New York. All attorneys appearing before this Court are

subject to the Local Rules of this Court including the rules governing discipline of attorneys. If

this action is assigned to the Electronic Case Filing (ECF) system, counsel hereby admitted shall

apply for an ECF password at nysd.uscourts.gov.

SO ORDERED THIS _____ DAY OF _____, 2007

_____
Honorable Denny Chin
UNITED STATES DISTRICT JUDGE

2

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of PLAINTIFF'S MOTION TO ADMIT W. DEREK SHAKABPA *PRO HAC VICE* and all accompanying exhibits and declarations on all parties by mailing copies to their counsel listed below, on this 4th day of December, 2007.

David E. Mollón, Esq.
Winston & Strawn LLP
200 Park Ave.
New York, NY 10166
Attorneys for Defendants Amaranth
Advisors L.L.C. and Amaranth Advisors
(Calgary) ULC

Michael Kim, Esq.
Kobre & Kim LLP
800 Third Ave.
New York, NY 10022

Michael McLaughlin