# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/2007

|  |  |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | 07 CV 6682 (DC) |
| Plaintiff, | ORDER ADMITTING W. DEREK SHAKABPA *PRO HAC VICE* |
| v. |  |
| AMARANTH ADVISORS L.L.C., et al., |  |
| Defendants. |  |

WHEREAS, Plaintiff U.S. Commodity Futures Trading Commission has filed a motion to admit W. Derek Shakabpa *pro hac vice* to appear on behalf of Plaintiff in this matter, and

WHEREAS, Mr. Shakabpa is an active member in good standing of the District of Columbia,

THEREFORE, IT IS ORDERED, pursuant to Local Rule 1.3(c), that W. Derek Shakabpa, whose contact information is as follows

> W. Derek Shakabpa
> U.S. Commodity Futures Trading Commission
> Division of Enforcement
> 140 Broadway
> 19th Floor
> New York, NY 10005
> Tel. (646) 746-9748
> Fax (646) 746-9940

is admitted to this Court *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court including the rules governing discipline of attorneys. If

this action is assigned to the Electronic Case Filing (ECF) system, counsel hereby admitted shall apply for an ECF password at nysd.uscourts.gov.

SO ORDERED THIS 17 DAY OF December, 2007

Honorable Denny Chin
UNITED STATES DISTRICT JUDGE