UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

U.S. COMMODITY FUTURES TRADING
COMMISSION,

                 Plaintiff,

                 07 Civ. 6682 (DC)

               v.

AMARANTH ADVISORS L.L.C., AMARANTH    **CERTIFICATE OF SERVICE**
ADVISORS (CALGARY) ULC and BRIAN
HUNTER,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I, APRIL JENKINS, hereby certify under penalty of perjury that on January 10, 2008 I caused to be served **Reply Memorandum in Support of Motion to Dismiss by Defendants Amaranth Advisors L.L.C and Amaranth Advisors (Calgary) ULC, dated January 10, 2008** upon the following by the means indicated:

    **By E-mail and Hand Delivery**
    David W. MacGregor, Esq.
    Stephen Obie, Esq.
    Manal Sultan, Esq.
    Commodity Futures Trading Commission
    140 Broadway
    19th Floor
    New York, NY 10005

    Michael S. Kim, Esq.
    Kobre & Kim LLP
    800 Third Avenue
    New York, NY 10022

Dated: New York, New York
        January 10, 2008

                                                     APRIL JENKINS

NY:1156358.1