USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------

U.S. COMMODITY FUTURES TRADING
COMMISSION,
               Plaintiff,

                                   07 Civ. 6682 (DC)
               v.

AMARANTH ADVISORS L.L.C.,
AMARANTH ADVISORS (CALGARY) ULC
and BRIAN HUNTER,

               Defendants.

---------------------------------------

### STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO ANSWER THE COMPLAINT

WHEREAS, Plaintiff United States Commodity Futures Trading Commission ("CFTC") commenced this action by filing a complaint (the "Complaint") on July 25, 2007;

WHEREAS, Defendants Amaranth Advisors, L.L.C., Amaranth Advisors (Calgary) ULC and Brian Hunter (collectively, "Defendants") timely filed motions to dismiss the Complaint on November 8, 2007;

WHEREAS, in a decision dated May 21, 2008, the Court denied Defendants' motions to dismiss the Complaint;

WHEREAS, Defendants' time to file an answer to the Complaint expires June 5, 2008;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel of record that the time for each of the Defendants to file an answer to the Complaint is extended to and including July 9, 2008.

Dated: New York, New York
      May 29, 2008

                WINSTON & STRAWN LLP

                By _____
                David E. Mollón (DM-56240)
                Steven M. Schwartz (SS-4216)
                dmollon@winston.com
                sschwartz@winston.com

                200 Park Avenue
                New York, NY 10166
                (212) 294-6700

                *Attorneys for Defendants*
                *Amaranth Advisors L.L.C. and*
                *Amaranth Advisors (Calgary) ULC*

KOBRE & KIM LLP

By /s/ Leif Simonson
Michael S. Kim (MK-0308)
Leif T. Simonson (LS-5915)
Michael.Kim@KobreKim.com
Leif.Simonson@KobreKim.com

800 Third Avenue
New York, NY 10022
(212) 488-1200

*Attorneys for Defendant*
*Brian Hunter*

COMMODITY FUTURES TRADING
COMMISSION

By _____
David W. MacGregor
Manal Sultan
dmacgregor@cftc.gov
msultan@cftc.gov

Division of Enforcement
140 Broadway
New York, NY 10005
(646) 746-9733

*Attorneys for Plaintiff*

SO ORDERED this ___ day of ___ 2008

_____
United States District Judge

3

NY:1182005.1

KOBRE & KIM LLP

By _____
Michael S. Kim (MK-0308)
Leif T. Simonson (LS-5915)
Michael.Kim@KobreKim.com
Leif.Simonson@KobreKim.com

800 Third Avenue
New York, NY 10022
(212) 488-1200

*Attorneys for Defendant*
*Brian Hunter*

COMMODITY FUTURES TRADING
COMMISSION

By _____
David W. MacGregor
Manal Sultan (MS-8065)
dmacgregor@cftc.gov
msultan@cftc.gov

Division of Enforcement
140 Broadway
New York, NY 10005
(646) 746-9733

*Attorneys for Plaintiff*

SO ORDERED this 2d day of June 2008

_____
United States District Judge

3

NY:1182005.1