David E. Mollón (DM-5624)
Steven M. Schwartz (SS-4216)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
(212) 294-6700

*Attorneys for Defendants Amaranth Advisors L.L.C.
and Amaranth Advisors (Calgary) ULC*

Michael S. Kim (MK-0308)
Leif T. Simonson (LS-5915)
**KOBRE & KIM LLP**
800 Third Avenue
New York, NY 10022
(212) 488-1200

*Attorneys for Defendant Brian Hunter*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | : | |
| Plaintiff, | : | Electronically Filed |
| v. | : | 07 CIV. 6682 (DC) |
| AMARANTH ADVISORS L.L.C., AMARANTH ADVISORS (CALGARY) ULC and BRIAN HUNTER, | : | Oral Argument Requested |
| Defendants. | : | |

------------------------------------------

### NOTICE OF DEFENDANTS' JOINT MOTION FOR RECONSIDERATION OF THIS COURT'S MAY 21, 2008 DECISION DENYING DEFENDANTS' MOTIONS TO DISMISS

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law and upon all prior pleadings and proceedings herein, Defendants Amaranth Advisors L.L.C., Amaranth Advisors (Calgary) ULC, and Brian Hunter, by and through their undersigned counsel, respectfully move this Court, before the Honorable Denny Chin, United States District Judge, at

1

the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, on such day and at such time designated by the Court, for an order (a) granting their Joint Motion for Reconsideration; (b) on reconsideration, dismiss the Complaint against them; and (c) grant such other relief as the Court deems just and proper.

   **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 6.3, any response in opposition to this motion shall be served on or before June 19, 2008, and Defendants reply shall be served on or before June 26, 2008.

Dated: New York, New York
   June 5, 2008

            WINSTON & STRAWN LLP

            By /s/ David E. Mollón
              David E. Mollón (DM-5624)
              Steven M. Schwartz (SS-4216)
              dmollon@winston.com
              sschwartz@winston.com

            200 Park Avenue
            New York, NY 10166
            (212) 294-6700

            Stephen J. Senderowitz
            Kristen V. Grisius
            35 W. Wacker Drive
            Chicago, IL 60601
            (312) 558-5600

            *Attorneys for Defendants*
            *Amaranth Advisors L.L.C. and*
            *Amaranth Advisors (Calgary) ULC*

               and

        KOBRE & KIM LLP

        By /s/ Michael S. Kim
            Michael S. Kim (MK-0308)
            Leif T. Simonson (LS-5915)
            Michael.Kim@KobreKim.com
            Leif.Simonson@KobreKim.com

        800 Third Avenue
        New York, NY 10022
        (212) 488-1200

        *Attorneys for Defendant Brian Hunter*

TO:    Stephen Obie, Esq.
        David MacGregor, Esq.
        Manal Sultan, Esq.
        Commodity Futures Trading Commission
        Division of Enforcement
        140 Broadway
        New York, NY 10005

        *Attorneys for Plaintiff Commodity*
        *Futures Trading Commission*