UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

U.S. COMMODITY FUTURES TRADING
COMMISSION,

      Plaintiff,

      : 07 Civ. 6682 (DC)

  v.

AMARANTH ADVISORS L.L.C., AMARANTH  **CERTIFICATE OF SERVICE**
ADVISORS (CALGARY) ULC and BRIAN
HUNTER,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  I, APRIL JENKINS, hereby certify under penalty of perjury that on June 5, 2008 I caused to be served **Notice of Defendants' Joint Motion for Reconsideration of This Court's May 21, 2008 Decision Denying Defendants' Motion to Dismiss and Memorandum of Law in Support of Defendants' Joint Motion for Reconsideration of This Court's May 21, 2008 Decision Denying Defendants' Motions to Dismiss, dated June 5, 2008** upon the following by operation of the Court's Electronic Case Filing system and the means indicated below, upon the following counsel:

  **By E-mail and Hand Delivery**
  David W. MacGregor, Esq.
  Manal Sultan, Esq.
  Commodity Futures Trading Commission
  140 Broadway
  19th Floor
  New York, NY 10005

  Michael S. Kim, Esq.
  Leif Simonson, Esq.
  Kobre & Kim LLP
  800 Third Avenue
  New York, NY 10022

Dated: New York, New York
   June 5, 2008

                 _____
                 APRIL JENKINS