UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————x
      :
      :
U.S. COMMODITY FUTURES TRADING    :   07 Civ. 6682 (DC)
COMMISSION,      :
      :   ECF Case
      Plaintiff,      :
      :   **NOTICE OF**
      v.      :   **APPEARANCE**
      :
AMARANTH ADVISORS, L.L.C., AMARANTH   :
ADVISORS (CALGARY) ULC AND BRIAN   :
HUNTER,      :
      :
      Defendants.      :
      :
————————————————————————x

       Please take notice that the undersigned, of the law firm of Kobre & Kim LLP, is

hereby entering an appearance as counsel of record for Defendant Brian Hunter.


Dated: New York, New York
      July 9, 2008


          KOBRE & KIM LLP


          /s/ Zaharah Markoe
          Zaharah R. Markoe (ZM-9280)
          800 Third Avenue
          New York, New York 10022
          Tel: 212.488.1200
          Fax: 212.488.1220

          *Attorneys for Brian Hunter*


To: All Counsel of Record