UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

U.S. COMMODITY FUTURES TRADING COMMISSION,

       Plaintiff,

       v.

AMARANTH ADVISORS, L.L.C., AMARANTH ADVISORS (CALGARY) ULC AND BRIAN HUNTER,

       Defendants.

---------------------------------------------------------------x

07 Civ. 6682 (DC)

ECF Case

**NOTICE OF APPEARANCE**

    Please take notice that the undersigned, of the law firm of Kobre & Kim LLP, is hereby entering an appearance as counsel of record for Defendant Brian Hunter.

Dated: New York, New York
       July 9, 2008

       KOBRE & KIM LLP

       /s/ Michael Kim
       Michael S. Kim (MK-0308)
       800 Third Avenue
       New York, New York 10022
       Tel: 212.488.1200
       Fax: 212.488.1220

       *Attorneys for Brian Hunter*

To: All Counsel of Record