UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

U.S. COMMODITY FUTURES TRADING  : 07 Civ. 6682 (DC)
COMMISSION,
            Plaintiff, :

    v. :

             **CERTIFICATE OF SERVICE**

AMARANTH ADVISORS L.L.C. and :
AMARANTH ADVISORS (CALGARY) ULC,

           Defendants.

------------------------------------- x

I, LAURA R. WERNER, hereby certify under penalty of perjury that on July 9, 2008 the Amaranth Advisors L.L.C. and Amaranth Advisors (Calgary) ULC's Answer to Complaint was served upon the following counsel by operation of the Court's Electronic Case Filing system, and by email, and as indicated below:

| By hand on July 10, 2008:<br><br>Bradford M. Berry, Esq.<br>bberry@cftc.gov<br>David W. MacGregor, Esq.<br>Dmacgregor@cftc.gov<br>Stephen J. Obie, Esq.<br>sobie@cftc.gov<br>W. Derek Shakabpa, Esq.<br>wshakabpa@cftc.gov<br>Manal Sultan, Esq.<br>msultan@cftc.gov<br>COMMODITY FUTURES<br>TRADING COMMISSION<br>140 Broadway, 19th Floor<br>New York, NY 10005 | By hand on July 9, 2008:<br><br>Michael S. Kim, Esq.<br>Michael.kim@kobrekim.com<br>Zaharah R. Markoe, Esq.<br>zaharah.markoe@kobrekim.com<br>Matthew I. Menchel, Esq.<br>matthew.menchel@kobrekim.com<br>Leif Simonson, Esq.<br>Leif.simonson@kobrekim.com<br>KOBRE & KIM LLP<br>800 Third Avenue<br>New York, NY 10022 |
|---|---|

Dated: New York, New York
      July 10, 2008

                                              LAURA R. WERNER