UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

v.

AMARANTH ADVISORS, L.L.C., AMARANTH ADVISORS (CALGARY) ULC AND BRIAN HUNTER,

Defendants.

---

07 Civ. 6682 (DC)

ECF Case

## NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF LEANNE A. BORTNER

PLEASE TAKE NOTICE that, upon the annexed declarations of Michael S. Kim and Leanne A. Bortner, and the exhibits attached thereto, undersigned counsel will move this Court, as soon as counsel may be heard, for an Order pursuant to Local Civil Rule 1.3(c) admitting Leanne A. Bortner *pro hac vice* in the above-captioned matter, and for such other and further relief as the Court may deem just and proper.

Dated: July 14, 2008

Respectfully submitted,

**KOBRE & KIM LLP**

By: _____
Michael S. Kim (MK-0308)

800 Third Avenue
New York, New York 10022
Tel.   (212) 488-1200
Fax.   (212) 488-1221

*Attorney for Brian Hunter*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

U.S. COMMODITY FUTURES TRADING
COMMISSION,

      Plaintiff,

      v.

AMARANTH ADVISORS, L.L.C., AMARANTH
ADVISORS (CALGARY) ULC AND BRIAN
HUNTER,

      Defendants.

---------------------------------------------------------------x

07 Civ. 6682 (DC)

ECF Case

## DECLARATION OF LEANNE A. BORTNER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Leanne A. Bortner, hereby declare as follows:

1. I am an attorney in the law firm of Kobre & Kim LLP, 800 Third Avenue, New York, New York 10022, counsel for Defendant Brian Hunter. I submit this declaration in support of the motion seeking my admission *pro hac vice* in this action.

2. I am a member in good standing of the bars of New York and the District of Columbia. A certificate of good standing from each jurisdiction is attached hereto. No disciplinary or other charges have been instituted against me in any jurisdiction, nor have I ever been censured, suspended, disbarred, or held in contempt by any court.

3. I am familiar with and will abide by the Rules of this Court.

4. Accordingly, I respectfully request that the Court enter an Order granting the motion and permitting my appearance *pro hac vice* in this action.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 14, 2008

_____
Leanne A. Bortner

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————x

U.S. COMMODITY FUTURES TRADING
COMMISSION,

      Plaintiff,

      v.

AMARANTH ADVISORS, L.L.C., AMARANTH
ADVISORS (CALGARY) ULC AND BRIAN
HUNTER,

      Defendants.

———————————————————————x

07 Civ. 6682 (DC)

ECF Case

## DECLARATION OF MICHAEL S. KIM IN SUPPORT
## OF MOTION FOR *PRO HAC VICE* ADMISSION OF LEANNE A. BORTNER

I, MICHAEL S. KIM, declare as follows:

1. I am a partner in the law firm of Kobre & Kim LLP, attorneys for Defendant Brian Hunter in the above-captioned matter, and a member of the bar of this Court since October 22, 2002. I submit this declaration in support of the Motion for *Pro Hac Vice* Admission of Leanne A. Bortner in the above-captioned matter pursuant to Local Civil Rule 1.3(c).

2. I have known Ms. Bortner since 2008 and worked with her since June of 2008. She is an attorney of the highest ethical character, competence and experience, and I am confident that she will conduct himself accordingly before this Court.

3. In connection with this motion, I am submitting the declaration of Ms. Bortner, attached to which are the Certificates of Good Standing issued by the state bars of which he is a member.

4. For the foregoing reasons, I respectfully move the *pro hac vice* admission of Leanne A. Borgter in the above-captioned matter. For the Court's convenience, a proposed order granting this motion is attached to this declaration.

5. I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York on July 14, 2008.

Michael S. Kim (MK-0308)

### Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, John W. McConnell, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# LEANNE ABRAMS BORTNER

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the **18th** day of **April, 2005** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**July 11, 2008**

Clerk of the Court

6374



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

LEANNE A. BORTNER

was on the 9TH day of JANUARY, 2006 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 14, 2008.

GARLAND PINKSTON, JR., CLERK

By: *N. Charles*
Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July, 2008, I caused to be served by First Class Mail true and correct copies of the Notice of Motion for Pro Hac Vice Admission of Leanne A. Bortner on:

Manal Sultan
U.S. Commodity Futures Trading Commission(NYC)
140 Broadway
New York, NY 10005
(646) 746-9761
Fax: (646)-746-9940
Email: msultan@cftc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Stephen Jay Obie
Commodity Futures Trading Commission(NYC)
140 Broadway, 19th Flr.
New York, NY 10005
(646) 746-9766
Fax: (646)-746-9940
Email: sobie@cftc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Bradford M. Berry
Commodity Futures Trading Commission
Office of General Counsel
1155 21st Street, North West
Washington, DC 20581
(202) 418-5127
Fax: (202) 418-5567
*ATTORNEY TO BE NOTICED*

W. Derek Shakabpa
Commodity Futures Trading Commission (NYC)
Division of Enforcement
140 Broadway
19th Floor
New York, NY 10005
(646) 746-9748
Fax: (646) 746-9940
Email: wshakabpa@cftc.gov
*PRO HAC VICE*

David Emilio Mollon
Winston & Strawn LLP (NY)
200 Park Avenue

New York, NY 10166
(212) 294-4748
Fax: (212) 294-4700
Email: dmollon@winston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Steven Michael Schwartz
Winston & Strawn LLP (NY)
200 Park Avenue
New York, NY 10166
(212) 294-6761
Fax: (212) 294-4700
Email: sschwartz@winston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Stephen J. Senderowitz
Winston & Strawn LLP
35 West Wacker Drive
Suite 2700
Chicago, IL 60601
(312) 558-5600
Fax: (312) 558-5700
*ATTORNEY TO BE NOTICED*

Leslie Beth Bellas
Federal Energy Regulatory Commission
888 First Street, N.E.
Washington, DC 20426
(202) 502-6528
Fax: (202) 208-0057
Email: leslie.bellas@ferc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Lee Ann Watson
Federal Energy Regulatory Commission
888 First Street, N.E.
Washington, DC 20426
(202) 502-6317
Fax: (202) 208-0057
*ATTORNEY TO BE NOTICED*

Patrick Todd Mullins
Federal Energy Regulatory Commission
888 First Street, N.E.
Washington, DC 20426
(202) 502-8594

Fax: (202) 208-0057
*ATTORNEY TO BE NOTICED*

Dated: New York, New York
      July 21, 2008

_____
Cassandra Chen

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

U.S. COMMODITY FUTURES TRADING
COMMISSION,

       Plaintiff,

       v.

AMARANTH ADVISORS, L.L.C., AMARANTH
ADVISORS (CALGARY) ULC AND BRIAN
HUNTER,

       Defendants.

---------------------------------------------------------x

07 Civ. 6682 (DC)

ECF Case

## [Proposed] ORDER ADMITTING COUNSEL *PRO HAC VICE*

This matter having been brought before the Court by motion pursuant to Local Civil Rule 1.3(c) for the admission *pro hac vice* of Leanne A. Bortner, in the above-captioned matter, it is this _____ day of July, 2008, hereby

    ORDERED that the motion is GRANTED, and

    IT IS FURTHER ORDERED THAT Leanne A. Bortner shall be admitted *pro hac vice* in the above-captioned matter. Counsel shall remit the required $25 fee to the Cashier's Office for this *pro hac vice* admission.

 

_____
Hon. Denny Chin
United States District Judge