USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
U.S. COMMODITY FUTURES TRADING      :
COMMISSION,
                                    :
                  Plaintiff,
                                    :   ORDER
       - against -
                                    :   07 Civ. 6682 (DC)

AMARANTH ADVISORS, L.L.C.,          :
AMARANTH ADVISORS (CALGARY) ULC
AND BRIAN HUNTER,                   :

                  Defendants.
                                    :
- - - - - - - - - - - - - - - - - -x
```

**CHIN, District Judge**

      This matter coming before the Court by motion seeking the pro hac vice admission of Leanne A. Bortner to the United States District Court for the Southern District of New York for purposes of this action, and the Court having considered the declarations of Leanne A. Bortner and Michael S. Kim in support of the motion, and for good cause shown, it is hereby ORDERED that Leanne A. Bortner:

      (1) is granted admission pro hac vice to the United States District Court for the Southern District of New York for the purpose of appearing in this action, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York;

      (2) shall pay the appropriate fee for pro hac vice admission;

      (3) is required to abide by and is subject to the Local Rules of the United States District Courts for the Southern and

Eastern Districts of New York; and

(4) is required to notify the Court immediately of any matter that affects her standing at the Bar of any court.

SO ORDERED.

Dated:   New York, New York
         August 8, 2008

DENNY CHIN
United States District Judge