UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
U.S. COMMODITY FUTURES TRADING : 07 Civ. 6682 (DC)
COMMISSION, :
: ECF Case
      Plaintiff, :
: **NOTICE OF**
      v. : **APPEARANCE**
:
AMARANTH ADVISORS, L.L.C., AMARANTH :
ADVISORS (CALGARY) ULC AND BRIAN :
HUNTER, :
:
      Defendants. :
---------------------------------------------------------------x

      Please take notice that the undersigned, of the law firm of Kobre & Kim LLP, is hereby entering an appearance as counsel of record for Defendant Brian Hunter.

Dated: New York, New York
       August 11, 2008

                         KOBRE & KIM LLP

                         /s/ Leanne A. Bortner
                         Leanne A. Bortner (*pro hac vice*)
                         1919 M Street, N.W.
                         Washington, D.C. 20036
                         Tel: 202.664.1900
                         Fax: 202.664.1920

                         *Attorneys for Brian Hunter*

To: All Counsel of Record