```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 17 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

U.S. COMMODITY FUTURES TRADING
COMMISSION,

                        Plaintiff,                No. 07 Civ. 6682 (RA)

              -v-                            ORDER

BRIAN HUNTER,

                        Defendant.

-----------------------------------------------------------X

RONNIE ABRAMS, United States District Judge:

     As you may be aware, this case has been reassigned to my docket. All current orders remain in effect, including Judge Jones' Memorandum and Order dated January 30, 2012 staying the proceedings until resolution of the related litigation brought by the Federal Energy Regulatory Commission against Defendant, currently pending in the District of Columbia.

     IT IS HEREBY ORDERED that the parties shall submit a joint letter informing the Court of the status of the related litigation by September 17, 2012 and every sixty (60) days thereafter.

SO ORDERED.

Dated:     August 17, 2012
              New York, New York

                                                        Ronnie Abrams
                                                        United States District Judge