**MEMO ENDORSED**



**U.S. COMMODITY FUTURES TRADING COMMISSION**
140 Broadway
New York, New York 10005
Telephone: (646) 746-9733
Facsimile: (646) 746-9940

Division of
Enforcement

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/13

October 1, 2013

*Via Email*

Honorable Ronnie Abrams
United States District Court
Southern District of New York
500 Pearl Street, Room 620
New York, NY 10007

    Re:   *U.S. Commodity Futures Trading Commission v. Brian Hunter,*
           *No. 07 Civ. 6682 (RA)*

Dear Judge Abrams:

    We represent the plaintiff in the above matter.

    As a result of Congress not enacting a federal budget for this fiscal year or extending the continuing resolution previously in place, Plaintiff has ceased regular operations, and all non-essential employees have been furloughed and are prohibited by law from performing actions related to their employment. *See* 31 U.S.C. § 1341 ("Anti-deficiency Act").

    Consequently, Plaintiff respectfully requests that the Court stay all deadlines in this case until such time as the undersigned counsel's employment status is reinstated. Upon reinstatement of the employment status of the undersigned counsel, the CFTC will seek to lift the stay and in consultation with counsel for Defendants, request that the Court set new deadlines.

    Counsel for Defendant Hunter consents to this request.

                              Respectfully submitted,

                              David W. MacGregor

cc:    Zaharah Markoe, Esq. (zaharah.markoe@kobrekim.com)

10/1/13

```
The October 10, 2013 deadline for the parties to submit filings in
opposition is stayed.  The parties should contact the Court once the
furlough issues have been resolved and propose a new deadline.  For the
time being, the trial will remain scheduled to begin on November 12.
```

SO ORDERED.

*[signature]*
RA