UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/13
```

---------------------------------------------------------X
                          :

U.S. COMMODITY FUTURES TRADING    :
COMMISSION,
                          :

                Plaintiff,    :      No. 07 Civ. 6682 (RA)

                          :

        -v-                :      ORDER

                          :

BRIAN HUNTER,              :

                          :

                Defendant.   :

                          :

----------------------------------------------------- X

RONNIE ABRAMS, United States District Judge:

      As discussed at yesterday's conference, trial in this matter is set to begin on February 18, 2014, the parties' remaining pretrial submissions are due by November 15, 2013, and a conference is scheduled for 2:30 p.m. on November 26, 2013.

SO ORDERED.

Dated:       October 22, 2013
              New York, New York

                                        _____
                                        Ronnie Abrams
                                        United States District Judge