UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
                                                   :

U.S. COMMODITY FUTURES TRADING    :
COMMISSION,
                                                   :

                           Plaintiff,        :                   No. 07 Civ. 6682 (RA)
                                                  :
                  -v-                       :                          <u>ORDER</u>
                                                  :

BRIAN HUNTER,
                                                  :

                           Defendant.    :
                                                  :
-------------------------------------------------------X

RONNIE ABRAMS, United States District Judge:

       The conference scheduled for 2:30 p.m. on November 26, 2013, is rescheduled for 3 p.m. on December 4, 2013. As discussed with the parties, trial in this matter is scheduled to begin on February 24, 2014.

SO ORDERED.

Dated:        November 22, 2013
                  New York, New York

                                                                      Ronnie Abrams
                                                                      United States District Judge