```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

U.S. COMMODITY FUTURES TRADING
COMMISSION,

                Plaintiff,

      -v-

BRIAN HUNTER,

                Defendant.

------------------------------------------------------------X

No. 07 Civ. 6682 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

    At the parties' request, the conference scheduled for 2:30 p.m. on December 12, 2013, will be held via telephone.

SO ORDERED.

Dated:    December 9, 2013
            New York, New York

                                        Ronnie Abrams
                                        United States District Judge