

**U.S. COMMODITY FUTURES TRADING COMMISSION**
140 Broadway
New York, New York 10005
Telephone: (646) 746-9733
Facsimile: (646) 746-9940

Division of
Enforcement

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/13

December 1, 2013

**BY EMAIL**

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

    Re:    *U.S. Commodity Futures Trading Commission v. Brian Hunter,*
           **No. 07 Civ. 6682 (RA) – Request for Adjournment of Telephone Conference**

Dear Judge Abrams:

    We represent the Plaintiff U.S. Commodity Futures Trading Commission in the above matter.

    We write to request on behalf of all parties that the telephone conference with the Court previously scheduled for December 12, 2013 at 2:30 p.m. be adjourned and that in lieu of that conference, the parties be permitted to update the Court as to the status of this case by letter.

                                      Respectfully submitted,

                                      David W. MacGregor

cc:    Andrew C. Lourie, Esq. (by email)
       Zaharah R. Markoe, Esq. (by email)

**APPLICATION GRANTED**
**SO ORDERED**

RONNIE ABRAMS, U.S.D.J.
12/11/13