UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

U.S. COMMODITY FUTURES TRADING
COMMISSION,

                   Plaintiff,

       -v-

BRIAN HUNTER,

                  Defendant.

------------------------------------------------------------X

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/14

No. 07 Civ. 6682 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

     As discussed with the parties at today's telephone conference, the trial scheduled to begin on February 24, 2014, is adjourned. By March 15, 2014, the parties shall submit a joint status letter, which shall include a proposal for a new trial date.

SO ORDERED.

Dated:    February 18, 2014
            New York, New York

                                                         Ronnie Abrams
                                                          United States District Judge