UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

U.S. COMMODITY FUTURES TRADING
COMMISSION,

                        Plaintiff,

              -v-

BRIAN HUNTER,

                        Defendant.

------------------------------------------------------------X

No. 07 Civ. 6682 (RA)

ORDER

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/13/14

RONNIE ABRAMS, United States District Judge:

    As discussed with the parties at the telephone conference on April 17, 2014, oral argument on the parties' motions *in limine* is scheduled for 11:30 a.m. on August 1, 2014. A final pretrial conference is scheduled for 4 p.m. on October 2, 2014, and trial is set to begin on October 6, 2014.

SO ORDERED.

Dated:    May 13, 2014
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge