

**U.S. COMMODITY FUTURES TRADING COMMISSION**
140 Broadway
New York, New York 10005
Telephone: (646) 746-9733
Facsimile: (646) 746-9940

Division of
Enforcement

August 28, 2014

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re: *U.S. Commodity Futures Trading Commission v. Brian Hunter*,
No. 07 Civ. 6682 (RA) – Request for Extension of Time

Dear Judge Abrams:

We represent the Plaintiff U.S. Commodity Futures Trading Commission in the above matter.

We write, jointly with counsel for defendant Brian Hunter, to respectfully request a two-week extension of time, until September 12, 2014, to provide a status update to the Court as directed by Your Honor's Order of July 28, 2014 (Docket Entry No. 153). To the extent the parties have a status update prior to September 12, 2014, we will promptly file a joint status letter with the Court.

Counsel for Mr. Hunter has reviewed this letter and concurs with its content.

Respectfully submitted,

David W. MacGregor

cc: Andrew C. Lourie, Esq. (by email)
Leanne A. Bortner, Esq. (by email)