

**U.S. COMMODITY FUTURES TRADING COMMISSION**

140 Broadway
New York, New York 10005
Telephone: (646) 746-9733
Facsimile: (646) 746-9940

Division of
Enforcement

**MEMO ENDORSED**

August 28, 2014

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/14
```

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

    Re:   *U.S. Commodity Futures Trading Commission v. Brian Hunter*,
           No. 07 Civ. 6682 (RA) – Request for Extension of Time

Dear Judge Abrams:

    We represent the Plaintiff U.S. Commodity Futures Trading Commission in the above matter.

    We write, jointly with counsel for defendant Brian Hunter, to respectfully request a two-week extension of time, until September 12, 2014, to provide a status update to the Court as directed by Your Honor's Order of July 28, 2014 (Docket Entry No. 153). To the extent the parties have a status update prior to September 12, 2014, we will promptly file a joint status letter with the Court.

    Counsel for Mr. Hunter has reviewed this letter and concurs with its content.

                                   Respectfully submitted,

                                   David W. MacGregor

cc:   Andrew C. Lourie, Esq. (by email)
       Leanne A. Bortner, Esq. (by email)

**APPLICATION GRANTED**
SO ORDERED

RONNIE ABRAMS, U.S.D.J.
8/28/14