

**U.S. COMMODITY FUTURES TRADING COMMISSION**
140 Broadway
New York, New York 10005
Telephone: (646) 746-9733
Facsimile: (646) 746-9940

Division of
Enforcement

September 15, 2014

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

      Re:    *U.S. Commodity Futures Trading Commission v. Brian Hunter*,
              <u>No. 07 Civ. 6682 (RA) – Proposed Consent Order</u>

Dear Judge Abrams:

      We represent the Plaintiff U.S. Commodity Futures Trading Commission ("Commission") in the above matter.

      We write to submit for Your Honor's consideration the attached proposed Consent Order, which has been executed by both parties in this action. The proposed Consent Order, if entered, would fully resolve the Commission's claims in this case. If the proposed Consent Order meets with your Honor's approval, we respectfully request that the Consent Order be entered by the Court.

      Counsel for Mr. Hunter has reviewed this letter and concurs with its content.

                                      Respectfully submitted,

                                      David W. MacGregor

cc:     Andrew C. Lourie, Esq. (by email)
         Leanne A. Bortner, Esq. (by email)